**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-80181-RUIZ/REINHART**

**UNITED STATES OF AMERICA,**

vs.

**MINAL PATEL,**
         **Defendant**.
_____/

**JOINT STATUS REPORT REGARDING SPEEDY TRIAL**

The United States of America, and counsel for Minal Patel, respectfully submit the following Joint Status Report Regarding Speedy Trial:

1. As noted by the Court at previous hearings and in its previous Order of October 16, 2019, this case has been deemed complex under the Speedy Trial Act (D.E. 22).

2. As noted by the Court in its previous Scheduling Order of July 10, 2020, the trial in this case has been continued until April 26, 2021, and all Speedy Trial time has been excluded from the date of that Order, until the date trial commences. [D.E. 63].

3. The Court already excluded Seedy Trial time in previous Orders to continue trial from the date the parties' continuance motion was presented, October 15, 2019, through the start of trial, which at that time was May 11, 2020 (D.E. 22), and it its February 10, 2020 Order [D.E. 33], from the date of the parties continuance motion, February 7, 2020, to the date trial was scheduled to commence, which at that time was October 26, 2020.

4. The Court further noted that that given the ongoing public health crisis caused by COVID-19 and the corresponding entry of Administrative Order 2020-41 ("Fifth Order Concerning Jury Trials and Other Proceedings"), all jury trials in the Southern District of Florida set to begin on or after March 30, 2020 were continued until October 13, 2020; this Fifth Order

tolled Speedy Trial Time until that date as well.  Similar Orders tolling Speedy Trial Time to August and September 2020 were also set through Administrative Orders issued in the SDFL.

5. Accordingly, since this case was indicted on September 24, 2019, 21 days of Speedy Trial time have elapsed.

6. After reviewing a draft of this report, defense counsel authorized the undersigned to file this Joint Report.

**WHEREFORE,** the Government respectfully submits this joint status report on behalf of all parties.

Dated: July 29, 2020                                          Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

ROBERT ZINK, CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:    */s/ James V. Hayes*_____
JAMES V. HAYES
Senior Litigation Counsel
TIMOTHY P. LOPER
Assistant Chief
Florida Special Bar Nos. A5501717 & A5502016
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Tel: (202) 774-4276
James.Hayes@usdoj.gov
Timothy.Loper@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:    */s/ James V. Hayes*