```
1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                        WEST PALM BEACH
                    CASE NO. 9:19-CR-80181-RAR-1
3       _____

4       UNITED STATES OF AMERICA,
                              Plaintiff
5              vs.                            January 24, 2022

6       MINAL PATEL,
                          Defendant.
7
        _____
8                      GARCIA RULE 44 HEARING

9            BEFORE THE HONORABLE BRUCE E. REINHART,

10         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
        _____
11
                      A P P E A R A N C E S
12
        FOR THE PLAINTIFF:      PATRICK J. QUEENAN, AUSA
13      UNITED STATES OF        REGINALD CUYLER, JR., AUSA
        AMERICA                 JOHN SCANLON, AUSA
14                              U.S. Department of Justice Fraud Section
                                Bond Building, 4th Floor
15                              1400 New York Avenue, NW
                                Washington, DC 20005
16                              (202) 875-0326
                                Patrick.queenan@usdoj.gov
17                              Reginald.cuyler.jr@usdoj.gov
                                John.scanlon@usdoj.gov
18
        FOR THE DEFENDANT:      STEVEN H. SADOW, ESQ
19      MINAL PATEL             Steven H. Sadow PC
                                260 Peachtree Street, NW, Suite 2502
20                              Atlanta, GA 30303
                                (404) 577-1400
21                              Stevesadow@gmail.com

22                              ROBYN L. SZTYNDOR, ESQ
                                Robyn Lynn Sztyndor, PA
23                              233 Pheonetia Avenue, Suite 8
                                Coral Gables, FL 33134
24                              (786) 395-1824
                                Rls409@nyu.edu
25
```

```
 1    REPORTED BY:          GIZELLA BAAN-PROULX, RPR, FCRR
 2                          Official Court Stenographer for
                            the Honorable Judge Rodolfo Ruiz, II
 3                          299 East Broward Blvd
                            Fort Lauderdale, FL  33301
 4                          (954) 769-5568
                            gizella_baan-proulx@flsd.uscourts.gov
 5
 6  Also present:
            JORDAN GRAY, MR. McEVOY, MS. ZOLLER
 7
 8
 9                    P R O C E E D I N G S
10         (The following proceedings were held in open court.)
11         THE COURT:  Good morning, everybody.  This is case
12  number 19-CR-80181, United States of America versus Minal
13  Patel.  May I have appearances, please?  I'll start with
14  counsel for the government.
15         MR. QUEENAN:  Good morning, Judge.  Patrick Queenan,
16  John Scanlon, and Reginald Cuyler for the government.
17         THE COURT:  Good morning to all of you.  And on behalf
18  of Minal Patel?
19         MR. SADOW:  Good morning, Your Honor, Steve Sadow on
20  behalf of Mr. Patel.
21         THE COURT:  Good morning, Mr. Sadow.  We have a number
22  of other individuals as well.  Robin?
23         MS. SZTYNDOR:  Robin Sztyndor on behalf of Minal
24  Patel.
25         THE COURT:  Good morning.  Who else?  Anyone else on
```

09:03 (lines 10, 15, 20, 25)

1  behalf of Mr. Patel?

2        **MR. SADOW:**  We have other listed counsel that are here

3  on the conflict.  Would you like them to identify themselves on

4  behalf of Mr. Patel or on behalf of Mr. Simmons or both?

09:03  5        **THE COURT:**  Well, let me do it an easier way.  Is

6  Mr. Rafferty on the call?  Okay, apparently not.  That's fine.

7        Mr. McEvoy or Ms. Zoller?

8        I see them, I don't hear them, though.

9        **MS. SZTYNDOR:**  They are muted.

09:04  10       **THE COURT:**  Okay.  If they could just unmute for a

11  second and just announce their appearance.  It says Atlanta,

12  Peachtree.

13       **MS. SZTYNDOR:**  Yes.

14       **THE COURT:**  Okay.  We need a younger associate who

09:04  15  knows how to work the Zoom.  That's always necessary.

16       Like my clerk had to set it up for me.

17       **MS. SAUER:**  Can you hear us now?

18       **THE COURT:**  Yes, I can.  Good morning to both of you.

19       **Mr. McEvoy:**  Good morning, Judge, sorry about that.

09:04  20       **THE COURT:**  Good morning, no problem.

21       So I have Ms. Zoller and Mr. McEvoy on behalf of

22  Mr. Simmons.  I understand Mr. Simmons is on the phone.  Good

23  morning, Mr. Simmons.

24       **MR. SIMMONS:**  Good morning.

09:04  25       **THE COURT:**  Okay.  Are there any other counsel

1  appearing on behalf of any of the other defendants in the case?

2          **MR. SADOW:**  No, Mr. Patel is on the phone as well.

3          **THE COURT:**  Yes, good morning, Mr. Patel.

4          **MS. SZTYNDOR:**  That's on mute.

09:05  5          **MR. SADOW:**  Minal, you're on mute.

6          **MR. PATEL:**  Good morning.

7          **THE COURT:**  Good morning.  So we're here today because

8  the government requested a conflict of interest hearing

9  pursuant to Garcia versus United States, and I think -- so I

09:05  10  set that hearing down, we had a status call about a week or two

11  ago.  I understood there were some complications you all having

12  communicated with Mr. Simmons, I am assuming that Mr. Simmons

13  is on the call with us this morning.

14          But in reflecting on that, I think Mr. McEvoy made a

09:05  15  significant disclosure at the last hearing, and I don't know

16  that I appreciated it for that moment for what it really is.

17  So let me just recap my recollection of where we are, how we

18  got here and kind of where I think we're going, and let's see

19  if the parties agree and perhaps this is not going to be a real

09:05  20  lengthy hearing.

21          So Mr. Patel is charged as the defendant in this case,

22  he's been represented by Ms. Sztyndor and Mr. Sadow for an

23  extended period of time.  We have had a number of hearings in

24  this case with them as counsel.

09:06  25          Recently, Mr. Rafferty, who is a partner of the

1  Polsinelli firm, entered an appearance on behalf of Mr. Patel.

2         Separately, Mr. Simmons is a defendant in a separate

3  matter.  In that matter he was represented and is represented

4  by Mr. McEvoy and Ms. Zoller, who previously were affiliated

09:06  5  with the Polsinelli firm, but are no longer associated with the

6  Polsinelli firm.  That was a new fact we found out a few weeks

7  ago.

8         So I guess the question to you so you can confirm

9  that, am I correct, Mr. McEvoy and Ms. Zoller, that you're now

09:06 10  fully affiliated with the Baker firm?

11         **Mr. McEvoy**:  Yes, Your Honor, and Rafferty came over

12  to Baker as well, so I think the analysis remains the same.

13         **THE COURT**:  Okay, I didn't know if Mr. Rafferty was

14  still as Polsinelli or not.  So he's -- okay, so all three of

09:07 15  you are still with the same law firm.  Okay.  Very well.  All

16  right.

17         And my understanding with Mr. Queenan at this point is

18  that the government wants to speak to Mr. Simmons about his

19  potentially being a witness for the government.  And the

09:07 20  concern is given that his counsel and counsel for Mr. Patel are

21  partners in the same law firm, that that is the conflict of

22  interest that exists.

23         Am I correct, Mr. Queenan?

24         **MR. QUEENAN**:  That's correct, Judge.  In addition,

09:07 25  though, there has been some communication, I am not sure if Mr.

1   McEvoy and Ms. Zoller also intend to represent Mr. Patel.  They

2   have been copied on some communications as well.

3        **THE COURT:**  Mr. McEvoy and Ms. Zoller, can you clarify

4   that?

09:07  5        **Mr. McEvoy:**  We have not filed an entry of appearance.

6   We don't believe any conflict exists.  What the government has

7   raised, our understanding, was it was a prophylactic concern so

8   we'd like to address that, put that behind us and then we can

9   make decisions about how Mr. Patel's trial team is going to be

09:08  10  formed.

11       **THE COURT:**  Understood.  That's fine.  All right.  So

12  let me -- I was sort of hoping what Mr. Rafferty had stated

13  this morning would have made my job a little easier here, but I

14  understand, you know, good lawyers are in high demand and firms

09:08  15  are happy to take them from each other.

16       Let me now me turn to Mr. Patel and Mr. Simmons

17  because I need to talk to each of you directly in a second.  So

18  just so you understand, I need to question each of you because

19  there is at least a potential conflict here, so I just need to

09:08  20  take some testimony from both of you to make sure you

21  understand what that potential conflict is and whether you

22  waive the conflict or are willing to continue with your

23  existing representations understanding that there's a potential

24  conflict.

09:08  25       I understand Mr. McEvoy and Ms. Zoller and Mr.

1   Rafferty may not believe there's any conflict and it may be so,

2   but I think there's at least a potential conflict that I need

3   to address.  Okay.

4        So let me ask Mr. Simmons first, if I could.

09:08  5   Mr. Simmons, do you swear or affirm that any answers you give

6   to the questions that I propound to you this morning will be

7   the truth, the whole truth and nothing but the truth?

8        **MR. SIMMONS:**  Yes.

9        **THE COURT:**  So, Mr. Simmons, you are currently

09:09  10   potentially going to be questioned by the government and

11   potentially could be used a witness against Mr. Patel, and

12   potentially, as a result of that, might be in a position to

13   seek a reduction in the sentence that you're currently serving.

14        Do you understand that sequence of events could occur?

09:09  15        **MR. SIMMONS:**  Yes, Your Honor.

16        **THE COURT:**  And I understand, you're not required to

17   speak to the government if you don't want to, you will confer

18   with counsel about that, and it may be that you are not in a

19   position to seek a reduction later, they may not get a

09:09  20   reduction, but you understand that's a potential path that

21   could be open to you?

22        **MR. SIMMONS:**  Yes.

23        **MR. QUEENAN:**  Judge, I'm so sorry for interrupting,

24   but Mr. Simmons is subject to a cooperation provision in a plea

09:10  25   agreement and the government believes he is indeed compelled to

1  speak and meet with the government on this matter.

2          THE COURT:  Okay.

3          MR. QUEENAN:  I don't think that's disputed among the

4  parties.

09:10  5          THE COURT:  Thank you for clarifying that.  So let me

6  circle back to Mr. Simmons then.

7          So, Mr. Simmons, that's just an additional slight

8  complication, so one possibility is that the government might

9  ask you to cooperate, and you would decline to do so and if

09:10  10  there are consequences of that, then you would choose to suffer

11  those consequences.

12          You understand that's a path you can choose to go down

13  as well?

14          MR. SIMMONS:  Yes.

09:10  15          THE COURT:  Why am I raising these two issues?

16  Because in making whatever decision you're going to make,

17  whether you're going to talk to the government, whether you're

18  going to seek further relief from the Court, you're going to be

19  advised by your lawyers, by Ms. Zoller and Mr. McEvoy.  If

09:10  20  their partner is also representing Mr. Patel, they may have

21  ethical limitations on some of the advice that they can give

22  you.  Because they are affiliated with the same law firm that

23  Mr. Rafferty is associated with, there may be limits on some of

24  the advice that they can give you.

09:11  25          Do you understand that, as a high level principle that

1  could occur?

2          MR. SIMMONS:  Yes, sir.

3          THE COURT:  For example, if you were going to offer

4  testimony that could be used to assist the government in its

09:11  5  prosecution of Mr. Patel, that would be to your benefit, but it

6  also might be ethically problematic for them to tell you to go

7  ahead and do that.  Do you understand that?

8          MR. SIMMONS:  Yes.

9          THE COURT:  Likewise, to the extent they might owe a

09:11  10  duty to Mr. Patel by virtue of being partners with the lawyer

11  who is representing Mr. Patel, they might have a duty to

12  Mr. Patel to advise you not to cooperate with the government

13  and, therefore, you might suffer some negative consequences as

14  a result of the advice that they would have to give you.

09:11  15          Do you understand?

16          MR. SIMMONS:  Yes, Your Honor.

17          THE COURT:  And to be clear, I'm not suggesting in any

18  way that Mr. McEvoy or Ms. Zoller are going to do anything that

19  would be to your detriment, but you understand those two

09:11  20  examples I've given you that there can be ethical situations

21  that do limit a lawyer's ability to fully and independently

22  represent their client?

23          MR. SIMMONS:  Yes, I understand that.

24          THE COURT:  Okay.  And as the client, you are, of

09:12  25  course, entitled to constitutionally effective, zealous

representation where the lawyers are acting solely in your best

interest without regard to whether it might affect Mr. Patel or

might otherwise have ethical limitations on what they can

advise you.  You understand you have that right?

09:12   5        **MR. SIMMONS:**  Yes.

      6        **THE COURT:**  Now having explained all that, you

understand, however, that if you want to choose to continue

with their representation, you can do so as long as you're

making a knowing and voluntary and fully informed decision to

09:12 10 allow that representation to continue?

11        **MR. SIMMONS:**  I understand that, yes, sir.

12        **THE COURT:**  And am I correct, Mr. McEvoy and Ms.

Zoller, I believe I read in some of the pleadings that even you

had Mr. Simmons already confer with separate and independent

09:13 15 counsel; is that correct?

16        **Mr. McEvoy:**  Your Honor, we have arranged for separate

independent counsel to the extent that it becomes necessary for

Mr. Simmons to have that conversation, but as I understand it,

this is all very theoretical at this point but we're prepared

09:13 20 to take whatever prophylactic means necessary to protect

Mr. Simmons' rights.

22        **THE COURT:**  So Mr. Simmons -- so to be clear, Mr.

McEvoy then, that counsel is being -- will be made available if

Mr. Simmons wants it, but he has not yet met with independent

09:13 25 counsel; am I correct?

1          **Mr. McEvoy:**  Correct.

2          **THE COURT:**  So Mr. Simmons, because this is,

3   obviously, a decision you need to make to potentially waive

4   some of your rights, oftentimes you may want to talk to a

09:13   5   lawyer about that and the quandary sometimes we find ourselves

6   in is that the lawyers who you currently have are the same

7   lawyers who might have the conflict, and you can, I hope, see

8   that might be a bit of a circular situation where they would

9   have a motivation perhaps to advise you one way or another.

09:14  10          So oftentimes what we offer, what is offered to so

11   someone in your situation is the opportunity to speak to a

12   lawyer who doesn't have any potential conflict to give them

13   independent advice, and my understanding is your lawyers will

14   make those arrangements if you want.

09:14  15          So the first question is, do you understand that if

16   you want to talk to a completely independent non-conflicted

17   lawyer, you have that opportunity?

18          **MR. SIMMONS:**  Yes, Your Honor.

19          **THE COURT:**  Understanding that you have that

09:14  20   opportunity if you want it, have you had enough time to think

21   about whether you want to speak to an independent lawyer about

22   this situation?

23          **MR. SIMMONS:**  Not yet.  I'm contemplating it.

24          **THE COURT:**  Understood.  Okay.  So you may decide that

09:14  25   you want to speak to an independent counsel at some point; is

1  that correct?

2          **MR. SIMMONS:**  Yes, Your Honor.

3          **THE COURT:**  Very well.  I understand that.  Okay.

4          Mr. McEvoy and Ms. Zoller, let me ask you:  Given that

09:15  5  Mr. Simmons may want to go ahead to speak to independent

6  counsel, I don't know that I can go ahead and formally ask him

7  for a waiver today.  Do you see a different path?

8          **Mr. McEvoy:**  Yes, I think what Mr. Simmons is

9  expressing is that should there become a need for him to

09:15 10  testify, that he may want to talk to independent counsel, but I

11  think he's prepared to waive, whether he wants to talk to

12  independent counsel or not, I think he's prepared to waive any

13  conflict that may exist.

14          **THE COURT:**  I understand.  Okay.  Let me go back to

09:15 15  Mr. Simmons.  So, Mr. Simmons, again, I can -- in a minute I'm

16  going to ask you whether understanding the potential conflicts

17  that I've explained to you, you want to go ahead and waive

18  those conflicts and allow Mr. Rafferty to go ahead and

19  represent Mr. Patel.  So I'm going to ask you that question in

09:15 20  a minute.

21          Before you make that decision whether to waive any

22  objection you have to Mr. Rafferty representing Mr. Patel, do

23  you want to speak to that separate lawyer or is it you might

24  want to speak to the separate lawyer about a different topic?

09:16 25          **MR. SIMMONS:**  I don't need to speak to a separate

1 | attorney at this point.  I'm prepared to waive the conflict.

2 | THE COURT:  You are.  Okay.  But you may want to speak

3 | to a separate lawyer in the future about other topics; is that

4 | correct?

09:16   5 | MR. SIMMONS:  Potentially, yes.

6 | THE COURT:  Good, I understand that.  Before I go,

7 | Mr. Queenan, do you believe I've asked the necessary questions

8 | on the part of Mr. Simmons before I directly ask him about a

9 | waiver?

09:16  10 | MR. QUEENAN:  Judge, you know, it's my understanding

11 | that it's pretty common for the Court to have counsel actually

12 | consult with independent conflict-free counsel to make this

13 | decision.  I understand that Mr. Simmons is just, you know, in

14 | the middle of this hearing representing that he is good to move

09:16  15 | forward, but I have participated in quite a few of these and

16 | they've always consulted with counsel in terms of whether or

17 | not there's a conflict.

18 | THE COURT:  Understood, and I will address that in a

19 | second, but do you believe there's any other areas of inquiry

09:17  20 | that I need to make before I get to that?

21 | MR. QUEENAN:  I don't believe so, Your Honor.

22 | THE COURT:  Okay, you think I've asked --

23 | Mr. McEvoy:  Judge, I'm sorry to interrupt, Your

24 | Honor.

09:17  25 | THE COURT:  Yes, Mr. McEvoy, go ahead, please.

1           **Mr. McEvoy:**  I think the distinction that Mr. Queenan

2    is prying to make is implicated when you have the same lawyer

3    representing two parties as opposed to the same law firm, but

4    be that as it may, you know, Mr. Simmons can make that

09:17  5    determination himself, whether he's prepared to make a knowing

6    and voluntary waiver today without consulting independent

7    counsel, and I think that's his right.

8           **THE COURT:**  I think it's his right as well as long as

9    it's a knowing and voluntary waiver, so I agree.  But I'll get

09:17 10    to that in a second.

11           But Mr. Queenan, are there any other -- have I -- from

12    the government's perspective, do you believe I have at least

13    identified and discussed the potential conflicts that the

14    government sees in this case?

09:18 15           **MR. QUEENAN:**  I believe so, Your Honor.

16           **THE COURT:**  There's no other potential conflicts that

17    you see that I haven't talked about?

18           **MR. QUEENAN:**  So the only conflict I've seen so far,

19    Your Honor, in the one conversation that I had with Mr. McEvoy,

09:18 20    is that he informed me that he did not believe that the

21    government should call Mr. Simmons as a witness because he may

22    have exculpatory evidence on Mr. Patel.

23           So I have scratched my head to consider in whose

24    interest was that statement made, and I believe what Your Honor

09:18 25    has already relayed to Mr. Simmons as the potential conflicts,

1   that kind of puts a finer point on it.

2        **THE COURT:**  All right.  So let me cover that just

3   briefly.

4        Again, Mr. Simmons, I think I covered this but just

09:18  5   for the completeness of the record.

6        **Mr. McEvoy:**  Judge, if I may, I disagree with the

7   government that there is any advocacy.  It was simply a

8   recollection of the one comment that Mr. Simmons made in the 30

9   seconds that they asked him about this matter.  That's all that

09:19  10   it was, was a factual recitation.

11        **THE COURT:**  Understood.  Understood.  But, again, I

12   think -- I'm not sure that matters.  The substance of it

13   matters as much as the general principle, which is what I'm

14   going to talk about Mr. Simmons about now.

09:19  15        Mr. Simmons, the principle, I want to be a hundred

16   clear, and I believe you understand this but I want to be a

17   hundred percent clear, is because of -- if there is to be a

18   joint representation here where the Baker & Hostetler firm is

19   going to represent both you and Mr. Patel, there may be

09:19  20   advocacy arguments or recommendations that your lawyers

21   otherwise would and could make to you in furtherance of your

22   representation that they're not going to be able to make for

23   you and to you.  Do you understand that?

24        **MR. SIMMONS:**  Yes, Your Honor.

09:19  25        **THE COURT:**  And understanding that potential

 1  limitation on your lawyers', Mr. McEvoy and Ms. Zoller's

 2  ability to represent you, are you today prepared to agree to

 3  waive any conflict that may arise and to allow the

 4  BakerHostetler firm to represent Mr. Patel?

09:20  5          **MR. SIMMONS:**  Yes, Your Honor.

 6          **THE COURT:**  And at this point, you're not asking to

 7  speak to a separate lawyer about that is; is that correct?

 8          **MR. SIMMONS:**  That's correct.

 9          **THE COURT:**  And you feel you've had enough time to

09:20 10  think about that decision and understand the decision that

11  you're making?

12          **MR. SIMMONS:**  Yes, Your Honor.

13          **THE COURT:**  Okay, thank you very much, Mr. Simmons.

14  If you want to go back on mute and just sit tight, I'm going to

09:20 15  turn to Mr. Patel at this time.

16          Mr. Patel, if you can just put on your camera.

17          **THE DEFENDANT:**  Yes, sir.

18          **THE COURT:**  Let me just find Mr. Patel on my screen of

19  people.

09:20 20          Hi, Mr. Patel.

21          **THE DEFENDANT:**  Hi.

22          **THE COURT:**  So, Mr. Patel, this is going to sound

23  familiar because I'm going to ask you pretty much all the same

24  questions I just asked Mr. Simmons.

09:20 25          If I could ask you first to raise your hand.

1          Do you swear or affirm that any statements you make

2  during this proceeding is the truth, the whole truth and

3  nothing but the truth?

4          **THE DEFENDANT:**  I swear.

09:21  5          **THE COURT:**  Please put your hand down.

6          So, Mr. Patel, sir, the same set of questions to you

7  but let me walk through it slowly.

8          Here you are already represented by Ms. Sztyndor and

9  Mr. Sadow, who are outstanding lawyers, and you want to also be

09:21 10  represented by Mr. Rafferty, which is fine, but understanding

11  that Mr. Rafferty is a partner in the same law firm with Ms.

12  Zoller and Mr. McEvoy, under the rules of legal ethics that

13  creates a potential conflict because the Baker Hostetler firm

14  has a duty to act in your best interest and solely in your best

09:21 15  interest in its capacity as your lawyer, and they have that

16  same duty to Mr. Simmons when they're acting as his lawyer and

17  for the reasons I've discussed with Mr. Simmons.

18          Do you understand those two duties could come in

19  conflict at some point?

09:21 20          **THE DEFENDANT:**  I do.

21          **THE COURT:**  I should have made this clear on the

22  record.  You were on the call and able to hear my questioning

23  with of Mr. Simmons; is that correct.

24          **THE DEFENDANT:**  I was, correct.

09:22 25          **THE COURT:**  Sir, the same questions to you.  Do you

1  understand that it might be, for example, in Mr. McEvoy and Ms.

2  Zoller's professional duty to advise Mr. Simmons to testify

3  against you and perhaps provide testimony that would be harmful

4  to your case.

09:22  5          Do you understand that?

6          THE DEFENDANT:  Yes, I do.

7          THE COURT:  You understand that if Mr. Simmons

8  testifies at your trial, there might be limitations on some of

9  the cross-examination that Mr. Rafferty could do if

09:22 10  Mr. Rafferty has obtained information confidentially through

11  his affiliation with the Polsinelli firm and the BakerHostetler

12  firm about Mr. Simmons.  Do you understand?

13          THE DEFENDANT:  Yes.

14          THE COURT:  Now, I understand that the pleadings that

09:22 15  you've submitted, the plan would be that if, for some reason,

16  Mr. Simmons testifies, either Mr. Sadow or Ms. Sztyndor or

17  someone who is not affiliated with the Baker firm, or

18  previously with the Polsinelli firm, would conduct that

19  cross-examination, but you understand that could be a

09:23 20  limitation on your representation, you could not choose to let

21  Mr. Rafferty conduct that cross-examination.

22          Do you understand?

23          THE DEFENDANT:  I understand.  I understand.

24          THE COURT:  All right.  And obviously, I'm assuming,

09:23 25  Mr. Patel, you've been able to confer with Mr. Sadow and Ms.

1  Sztyndor independently about whether you want to go ahead and

2  waive any conflict in this case?

3          **THE DEFENDANT:**  Yes.

4          **THE COURT:**  You guys have had that consultation?

09:23  5          **THE DEFENDANT:**  Yes.

6          **THE COURT:**  Okay, have you have enough time to confer

7  with Mr. Sadow and Ms. Sztyndor about whether you want to

8  consent to waive any conflict in this case?

9          **THE DEFENDANT:**  I have.

09:23  10          **THE COURT:**  Have they fully answered all the questions

11  that you have about that?

12          **THE DEFENDANT:**  Yes, sir.

13          **THE COURT:**  Because, to be clear, Mr. Patel, the most

14  important thing I need to concern myself with here today is

09:23  15  your Sixth Amendment right to a fair trial and your due process

16  right to be -- and Sixth Amendment and Fifth Amendment rights

17  to be represented by lawyers who are zealously representing

18  you, constitutionally and effectively representing you and only

19  you.

09:24  20          So you understand that's the right we're talking about

21  here.

22          **THE DEFENDANT:**  Yes, sir.

23          **THE COURT:**  Okay.  And understanding that allowing Mr.

24  McEvoy and Ms. Zoller to continue to represent Mr. Simmons

09:24  25  could in some way limit your defense, is it your willingness

today to go ahead and waive any potential conflict and allow

Mr. McEvoy and Ms. Zoller to represent Mr. Simmons in this

matter?

        **THE DEFENDANT:**  Yes, I will waive --

09:24   **THE COURT:**  Okay.

        **THE DEFENDANT:**  -- the conflict.

        **THE COURT:**  Okay.  And all right.  Again, turning to

the government, does the government believe there's any other

line of inquiry that I need to undertake as part of that

09:24   inquiry?

        **MR. QUEENAN:**  I don't think at this time, Your Honor.

I think we do want to move forward with the briefing Mr.

Simmons, if Mr. Simmons is called as a witness I think we're in

a much different place and might have to come back in front of

09:25   Your Honor to determine whether or not, indeed, this plan to

have separate counsel cross-examine Mr. Simmons works.

        But at that point, we're not maybe there yet because

at this point we just need to schedule the debrief and move

forward with sitting with Mr. Simmons.

09:25   **THE COURT:**  I understand that's the government's

position, but I think that there's -- well, if there's a waiver

-- yeah, Mr. Sadow.

        **MR. SADOW:**  Let the record be clear, I have received

absolutely no information from Mr. Simmons' counsel.  The only

09:25   information I've received is from disclosures made by the

1  government.  I would be the individual that would be

2  cross-examining Mr. Simmons should the government choose to

3  call him as a witness.  And I will be vigilant in not obtaining

4  any information that would fall within the purview of an

09:26  5  attorney/client communication or work product vis-a-vis

6  Mr. Simmons.

7          **THE COURT:**  I understand.  Thank you for putting that

8  on the record.  That was -- I presumed that, knowing some of

9  your experience, that was not a question to me.

09:26  10         Well, to Mr. Queenan, here is what I think.  I think

11  we can't predict the future and if something arises in the

12  future that the government believes we need to have a further

13  hearing, I'm happy to do that.

14         I would point the parties -- I think it's instructive,

09:26  15  at least in this district, there's a similar precedent in the

16  prosecution of the United States of America versus Dr. Salomon

17  Melgen.  It wasn't exactly the same situation there.  A lawyer

18  from a law firm had given regulatory advice to Dr. Melgen and

19  that lawyer's partner was defending Dr. Melgen in the criminal

09:26  20  case at which the regulatory lawyer was going to be a witness.

21         So the issue was whether the criminal defense lawyer

22  could essentially cross-examine his own law partner, and Judge

23  Marra, in this district, resolved that by saying, well, it was

24  known as the co-counsel who was not the law partner of the

09:27  25  testifying regulatory lawyer, was the person conducting the

1  cross-examination.  That arrangement mitigated any Sixth

2  Amendment concerns, so it's M-E-L-G-E-N.  I'm not saying that's

3  binding on me but I do think it will be perhaps informative for

4  the parties as you move forward.

09:27  5          But based upon that precedent, and my own research and

6  my understanding of the rules, I'm prepared now to accept the

7  waivers by both Mr. Simmons and Mr. Patel, so I do, at this

8  time, find that Mr. Simmons and Mr. Patel's each individual

9  decision to waive the potential conflicts that have been

09:27  10  discussed here today are both knowing, voluntary and fully

11  informed decisions, and I will accept those waivers and allow

12  the parties to proceed accordingly.

13          So I'll enter a written record that memorializes that,

14  but I know this case is moving quickly and I did want to get a

09:27  15  ruling fast, and I know you had a trial date coming up and I

16  wanted the parties to prepare.

17          Again, if things change in the future, if Mr. McEvoy

18  and Ms. Zoller make an appearance to represent Mr. Patel at the

19  trial, and the government thinks that creates an issue or if

09:28  20  information comes out during the debriefings that the

21  government or the parties believe creates an issue, I'm happy

22  to revisit my findings here today at the request of either

23  side, but for the time being, I make those findings based upon

24  the record before me and allow the parties to move forwarding

09:28  25  accordingly.

1          So with that, let me turn first to the government.

2    Mr. Queenan, you are not waiving any objection you have to the

3    findings I've made, does the government wish me to raise --

4    wish to raise any other issues here this morning?

09:28   5          **MR. QUEENAN:**  Yes, Judge, briefly.  At this point if

6    conflict-free counsel has been arranged and is available for

7    Mr. Simmons, we ask that the Judge also enter an order that he

8    be represented by that conflict-free counsel during the

9    debriefings so we can move forward with meeting with him.

09:28   10          **THE COURT:**  I'm going to deny that request.  I don't

11   think I have the authority to order him to accept a lawyer that

12   he doesn't want to accept.  He's waived any conflict.  If Mr.

13   McEvoy and Ms. Zoller want to represent him at the debriefings,

14   that's -- I can't find a Sixth Amendment problem there,

09:29   15   certainly not a Sixth Amendment problem as it pertains to

16   Mr. Patel.

17          Remember, Mr. Patel is my defendant, not Mr. Simmons.

18   Mr. Patel is the one who's got a Sixth Amendment right at issue

19   here.  If the government says, look, we're not going to debrief

09:29   20   you if Mr. McEvoy and Ms. Zoller are sitting there, that's a

21   different issue between the parties and if it comes back before

22   me I'll address that, but I'll deny the request to compel

23   independent counsel to represent Mr. Simmons at any

24   debriefings.

09:29   25          Any other issues the government wanted to raise?

1       **Mr. McEvoy:**  Your Honor, on behalf of Mr. Simmons, I'm

2  -- one thing that I think we all would like is as much finality

3  as we can on this issue.  And I'm not sure how the analysis

4  would change given the waivers, if indeed either Ms. Zoller or

09:29   5  I were to enter an appearance on behalf of Mr. Patel.

6       **THE COURT:**  Well, I don't know.  I haven't thought it

7  through and that's not before me.  I'm not going to give an

8  advisory opinion about a situation that is not before me at

9  this time.  So I understand that.

09:30  10       It may be that the analysis is exactly the same, but

11  I'm not going to rule on that because it's not squarely

12  presented for me.

13       **MR. QUEENAN:**  Judge, I'm sorry to do this but my

14  colleague has brought to my attention that we do have e-mail

09:30  15  communication from the firm indicating that Mr. McEvoy is

16  indeed representing Mr. Patel.  So although he has not filed an

17  appearance according to earlier communication, I don't know if

18  the status has changed, but according to earlier communication,

19  Mr. McEvoy is representing Mr. Patel.

09:30  20       **THE COURT:**  Okay.  Is the government seeking a Garcia

21  inquiry based upon that fact, at this time?

22       **MR. QUEENAN:**  Your Honor, I believe that was the

23  posture we came in coming into the hearing.  Our understanding,

24  too, Judge, is that the case law does not distinguish between

09:30  25  lawyer to lawyer, it is by the firm.  So it's as if the same

1  lawyer is representing each of the witness and defendant.

2  **THE COURT:**  There's ethical rules that pertain to

3  imputation of conflicts and imputation of knowledge within law

4  firms.  There's also case law that says a mere noncompliance

09:31  5  with an ethical rule does not rise to the level of a Sixth

6  Amendment disqualification ruling.  And so I'm not today and

7  I'm not at this point adjudicating whether the Florida Rules of

8  Professional Conduct are implicated, I'm adjudicating whether

9  Mr. Patel's Sixth Amendment right to conflict-free counsel is

09:31  10  being implicated here.  So that's the finding I'm making.

11  If the government is saying to me we believe that the

12  issue of Mr. McEvoy and Ms. Zoller representing simultaneously

13  Mr. Simmons and Mr. Patel is framed, that's -- I'll have to

14  address that issue.  I'm just trying to clarify, Mr. Queenan,

09:32  15  are you saying you believe that issue is framed and needs to be

16  ruled on at this time?

17  **MR. QUEENAN:**  I am, Your Honor, but I think, Your

18  Honor, I thought Your Honor made a ruling on that.

19  **THE COURT:**  Well, I was ruling on the factual

09:32  20  situation I understood which was that the BakerHostetler firm

21  was representing both Mr. Patel and Mr. Simmons, but that the

22  individual lawyers were not each representing both parties.  So

23  if you believe it's the opposite.

24  Let me just turn to Mr. McEvoy and Ms. Zoller and ask

09:32  25  them, whether you've entered an appearance in the case or not,

1   do you have an established, not through the law firm by

2   imputation, but directly an attorney/client relationship with

3   Mr. Patel?

4           **Mr. McEvoy:**  Yes, Your Honor, and I think it would be

09:32  5   fine for us to ask the same questions of Mr. Simmons regarding

6   that waiver while we haven't entered an appearance, you know, I

7   think it would be appropriate for him to be asked that question

8   about a broader waiver to the extent that the Court believes

9   that that's necessary.

09:33  10          **THE COURT:**  Okay.  Mr. Simmons are you still on the

11  call?

12          **MR. SIMMONS:**  Yes, Your Honor.

13          **THE COURT:**  Okay.  So, again, the issue here is

14  whether it appears now Mr. McEvoy and Ms. Zoller are, in fact,

09:33  15  directly representing you and at the same time representing Mr.

16  Patel.  That's different from what I had questioned you about

17  before.  Before I thought it was only Mr. Rafferty who was

18  representing Mr. Patel.

19          So do you understand that state of the world,

09:33  20  Mr. McEvoy and Ms. Zoller are representing both you and

21  Mr. Patel?

22          **MR. SIMMONS:**  Yes, Your Honor.

23          **THE COURT:**  You understand they ethically cannot

24  advise you to provide information that would implicate

09:33  25  Mr. Patel?

1      **MR. SIMMONS:**  Yes, Your Honor.  If that's the case,

2  then at some point in the future, then I would look to seek

3  separate counsel.

4      **THE COURT:**  Well, I think -- okay.  Well, I think

09:34   5  that's where we are today.  Apparently, you have a plea

6  agreement that requires you be debriefed by the government.

7      Mr. Queenan, what are the consequences to Mr. Simmons

8  if he declines to be debriefed by the government?  He's already

9  serving his sentence, so what are the detrimental consequences

09:34  10  to him if he fails to comply with the plea agreement?

11      **MR. QUEENAN:**  Your Honor, I'm not sure.  I haven't

12  reviewed the plea agreement prior to today to answer that

13  question so I'm not prepared, but I'm sure he would be in

14  breach of that plea agreement.  I would have to consult to see

09:34  15  what the practical consequences will be.

16      **THE COURT:**  All right.  I think that's significant

17  because I think that goes to my weighing the potential conflict

18  here.  If you want to take a break and figure this out but I

19  know getting Mr. Simmons on the phone has been a task.  So --

09:35  20      **MR. QUEENAN:**  If you give me maybe two minutes I can

21  take a quick look and join back.

22      **THE COURT:**  Go ahead and do that, please, Mr. Queenan,

23  and I'm going to continue to talk to Mr. Simmons, however.

24      **MR. McEVOY:**  Your Honor, this is Mr. McEvoy, I would

09:35  25  like to give Mr. Simmons the opportunity for that full waiver

1  of the conflict and I think it's a separate issue whether he

2  ultimately would like an independent lawyer depending on what

3  happens, I think he's prepared to give a full waiver today.

4  **THE COURT:** Well, I understand that. I'm not sure I'm

09:35  5  prepared to accept a full waiver given that situation. I think

6  it is a different situation to say, you know, your law partner

7  is representing the other person, but I don't talk to my law

8  partner. I don't know what he and the client are talking

9  about. I have no confidential information. I represent Person

09:35  10  A who is cooperating against Person B, and I represent them

11  both, and I have a duty to tell Person A to throw Person B

12  under the bus, but at the same time I can't give him that

13  advice because to do so would violate my ethical duties to

14  Person B.

09:36  15  That seems, to me, to be a more direct and substantial

16  potential conflict. Do you disagree?

17  **Mr. McEvoy:** No, I understand and my point is I think

18  Mr. Simmons is prepared to waive today.

19  **THE COURT:** That's fine, but I think I need to have a

09:36  20  -- would like to hear back from Mr. Queenan because I want to

21  have a direct colloquy with Mr. Simmons about -- so that he

22  understands if he potentially violates this plea agreement,

23  what's going to happen to him.

24  **MR. McEVOY:** Mr. Cuyler is the prosecutor in

09:36  25  Mr. Simmons' case so maybe he can weigh in.

1          **THE COURT:**  Thank you.  Mr. Cuyler, if you wouldn't

2    mind if you know the answer to that question, I would

3    appreciate it.

4          **MR. CUYLER:**  To make sure that I heard Your Honor

09:36   5    correctly, the answer to the question would be if Mr. Simmons

6    is to breach his plea agreement?

7          **THE COURT:**  Yes, what does the plea agreement say are

8    the consequences?  I mean, my understanding is he's already

9    serving a sentence, so what would be the consequences of

09:37   10    failing to comply with the plea agreement?

11          **MR. CUYLER:**  The consequences would be a separate

12    action potentially for obstruction in a healthcare

13    investigation, that would be 18 USC 1518, so he could be

14    exposing himself to additional criminal liability.

15          **MR. QUEENAN:**  And, Judge, this is Patrick Queenan, I

16    am sorry to interrupt, but I did look at that question as well

17    and looked at the plea agreement, I didn't have the chance to

18    outline all of the ongoing protections that may be available

19    for Mr. Simmons but the most notable one is there is no, you

09:37   20    know, protection anymore that he couldn't be charged for other

21    conduct that he was not charged with related to that scheme.

22    But the concern for us is a practical one, which is if he

23    cooperates and he testifies truthfully, if called as a witness,

24    we would go in front of the Court and ask for a Rule 35 for his

09:37   25    sentence to be reduced.

1    **THE COURT:**  I understand that.  My concern is the

2   other side, is what happens if he doesn't, and what -- AND

3   making sure he understands and if he's going to waive, he has

4   to understand he's exposing himself to those potential

09:38   5   consequences.  So that's what I need to in inquiry about.

6    All right thank you for clarifying that.  Let me get

7   Mr. Simmons back on.  Are you still there, Mr. Simmons?

8    **MR. SIMMONS:**  Yes, Your Honor.  I'm not quite sure I

9   understand why a waiver would preclude me from testifying if

09:38  10   I'm asked to testify, and then also exercising my option to get

11   independent counsel to represent me during the debrief.

12    **THE COURT:**  It wouldn't.  You can certainly waive te

13   conflict.

14    What it would do is -- I'm not sure that Mr. McEvoy

09:38  15   and Ms. Zoller can sit in a debriefing with you if you are

16   going to provide evidence that could be used against Mr. Patel,

17   if they are also simultaneously representing Mr. Patel.  I also

18   suspect the government would like to take the position that

19   you're not getting debriefed if Mr. McEvoy and Ms. Zoller are

09:39  20   sitting there.

21    So do you understand those are the potential

22   consequences?

23    **MR. SIMMONS:**  Yes, Your Honor.

24    **THE COURT:**  And if the government takes that position,

09:39  25   you're not getting your Rule 35.

1    **MR. SIMMONS:**  Well, again, I believe I would -- if

2  that were -- if that were a true conflict then I would probably

3  exercise my right to bring in the independent counsel.  I'm

4  still not sure -- I'm not waiving the right to independent --

09:39  5  to a separate counsel for debrief.

6        I'm not -- if there's, in fact, a conflict, I don't

7  believe I'm necessarily forced to use Mr. McEvoy and Ms. Zoller

8  during the debrief; is that correct?

9        **THE COURT:**  You are not required to use them as your

09:39 10  lawyers during the debrief, that is correct.  You could have

11  the debrief unrep -- well, it gets a little more complicated

12  that than, but potentially that is correct.

13        **MR. McEVOY:**  Your Honor, I think to Mr. Simmons'

14  question, it's a two-part analysis, one) whether he waives our

09:40 15  having represented him and also representing Mr. Patel, which I

16  think he has indicated he waives, but he wants to reserve the

17  right to have an independent lawyer to give him subsequent

18  advice.

19        **MR. SIMMONS:**  Correct.

09:40 20        **THE COURT:**  I understand.  I understand that.  Okay.

21  All right.  I'm going to take this matter under advisement.  I

22  think I need to think about it, but I think I have asked all

23  the questions and gotten all the answers to the questions that

24  I need to get.  But I want to reflect on this a little bit

09:40 25  without ruling from the bench this morning.

1          So let me again ask both sides, to the government:

2    Are there any other areas of -- understanding that I'm going to

3    rule based upon the record that we're making here this morning,

4    any other questions, any other areas of inquiry you think I

09:40  5    need to make of either Mr. Patel or Mr. Simmons?

6          **MR. QUEENAN:**  No, Judge, and just briefly, it's the

7    government's position that we believe that Mr. Simmons should

8    consult with conflict-free counsel before making any waiver.

9          **THE COURT:**  Right, I understand that.  The question I

09:41 10   have to confront is whether he can make -- he is, at this

11   point, able to make a knowing, voluntary and fully informed

12   decision without having consulted with independent counsel, and

13   that's what I want to think about.  Okay, I want to do a little

14   research on.

09:41 15         I understand that's the government's position, I am

16   not sure that's necessary, but it may in this case.  I don't

17   believe it's necessary in all cases but in this case it may be.

18   So right now the is government satisfied that I have made the

19   factual record that you believe I need to make?

09:41 20         **MR. QUEENAN:**  We are, Your Honor, thank you.

21         **THE COURT:**  Let me turn it to Mr. Sadow on behalf of

22   Mr. Patel.  Are there any other areas of inquiry you think I

23   ought to ask of Mr. Patel to make a more fulsome record, Mr.

24   Sadow?

09:41 25         **MR. SADOW:**  The answer to that is no, Your Honor, I

1  think you've been inclusive.

2          Would it be of any benefit to the Court if the plea

3  agreement with Mr. Simmons' were made available to the Court?

4          **THE COURT:**  I think it's part of the record, I think

09:41  5  I've seen it.

6          **MR. QUEENAN:**  Yes, it is an exhibit.  I believe it's

7  Exhibit 1 or Exhibit 2, the factual basis and plea agreement to

8  the motion.

9          **THE COURT:**  I recall seeing it, thank you.

09:42  10         So Mr. Sadow, you're satisfied with the record that

11  I've made this morning?

12         **MR. SADOW:**  I am, Your Honor.

13         **THE COURT:**  Thank you.  Let me turn to Mr. McEvoy and

14  Ms. Zoller, same question to you:  Any other areas of factual

09:42  15  development or questions I should make before I take this

16  matter under advisement?

17         **MR. McEVOY:**  No, Your Honor, I understand Your Honor

18  wants to consider whether Mr. Simmons is required to consult

19  with independent counsel before Your Honor can make a

09:42  20  determination as to the knowing and voluntariness of the

21  waiver, but I just want to confirm that the Court is satisfied

22  that Mr. Simmons has made a knowing -- has made at least, at

23  attempted to make a knowing and voluntary waiver as it relates

24  to the conflict issue of our representation of both him and

09:42  25  Mr. Patel.

THE COURT:  Well, when you say "our," that is the
concern I have and, again, I'm not sure -- this is what I also
need to look into, I am not sure this makes a legal difference
in the Sixth Amendment analysis, but my -- the waiver I thought
I was getting and the waiver that I made a finding based upon
was a waiver of the law firm representing both people, but the
particular lawyers not representing both people.

Whether that matters or not, I don't know.  But so I
just want the record to be very clear, that was the finding I
made.  I'm now informed that there's a different finding I need
to make, which is if the same lawyers are going to represent
Mr. Patel and Mr. Simmons, can that conflict be waived and I
understand Mr. Patel -- well, let me make clear.

Mr. Patel, understanding that that's the question
before me, whether you would agree to let the exact same
lawyers represent you and represent Mr. Simmons, you're
prepared to waive that conflict; am I correct?

THE DEFENDANT:  That is correct, I am prepared to
waive.

THE COURT:  Okay.  Mr. Simmons, what is your position
as to whether, as we sit here today, you're willing to waive
that conflict, understanding that at any time in the future you
could retain different counsel to represent you for purposes of
the debriefing and your testimony?

MR. SIMMONS:  I'm prepared to waive today, yes, Your

1  Honor.

2  **THE COURT**:  All right, thank you.  So I'm going to

3  take that, all that under advisement.  Like I said, it may be

4  when I do the research that my conclusion is the same, that it

09:44  5  really is the same -- the findings that I've already made are

6  adequate.  I may determine the findings I have made are not

7  adequate.  I may determine the factual record is not adequate,

8  but this is a bit of a twist that I hadn't expected and I don't

9  want to be precipitous about my decision.

09:44  10  I do understand you have a trial date coming up.  The

11  government wants to debrief Mr. Simmons.  Mr. Simmons has a

12  potential benefit in being debriefed and if new counsel is

13  going to come in to help represent Mr. Patel at the trial, they

14  need to have time to prepare.

09:44  15  So I understand the time sensitivity on all sides.

16  It's my intention to get an order out within a day or two.

17  So with all that, if no one else has anything else

18  they want to raise this morning, let me just ask one more time:

19  On behalf of the government, anything else the government

09:44  20  wanted to raise?

21  **MR. QUEENAN**:  Nothing further at this time, Judge,

22  thank you.

23  **THE COURT**:  Thank you.  Mr. Sadow on behalf of Mr.

24  Patel, anything further?

09:45  25  **MR. SADOW**:  No, Your Honor.

1          **THE COURT:**  Thank you.  Mr. McEvoy and Ms. Zoller on

2   behalf of Mr. Simmons?

3          **MR. McEVOY:**  No, Your Honor.

4          **THE COURT:**  Thank you.  I appreciate everyone's

09:45   5   efforts to get Mr. Simmons on the phone this morning.  We

6   didn't want to create a situation where he had to be moved and

7   suffer the consequences within the Bureau of Prisons of

8   quarantining so I am glad we were able to accommodate that.

9          I'll excuse the parties in this matter, I'll get a

09:45  10   written order out as quickly as I can.

11          So thank you all very much.  Have a good day.

12

13

14          (Thereupon, the above hearing was concluded.)

15

16                     *          *          *

17

18

19

20

21

22

23

24

25

1          **C E R T I F I C A T E**

2

3          This hearing occurred during the COVID-19 pandemic and

4  is therefore subject to the technological limitations of

5  reporting remotely.

6          I hereby certify that the foregoing is an accurate

7  transcription of the proceedings in the above-entitled matter.

8

10  02/16/2022          _____

11  DATE COMPLETED          GIZELLA BAAN-PROULX, RPR, FCRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**02/16/2022** [1] - 37:10

## 1

**1** [1] - 33:7
**1400** [1] - 1:15
**1518** [1] - 29:13
**18** [1] - 29:13
**19-CR-80181** [1] - 2:12

## 2

**2** [1] - 33:7
**20005** [1] - 1:15
**202** [1] - 1:16
**2022** [1] - 1:5
**233** [1] - 1:23
**24** [1] - 1:5
**2502** [1] - 1:19
**260** [1] - 1:19
**299** [1] - 2:3

## 3

**30** [1] - 15:8
**30303** [1] - 1:20
**33134** [1] - 1:23
**33301** [1] - 2:3
**35** [2] - 29:24, 30:25
**395-1824** [1] - 1:24

## 4

**404** [1] - 1:20
**44** [1] - 1:8
**4th** [1] - 1:14

## 5

**577-1400** [1] - 1:20

## 7

**769-5568** [1] - 2:4
**786** [1] - 1:24

## 8

**8** [1] - 1:23
**875-0326** [1] - 1:16

## 9

**954** [1] - 2:4
**9:19-CR-80181-RAR-1** [1] - 1:2

## A

**ability** [2] - 9:21, 16:2
**able** [5] - 15:22, 17:22,

18:25, 32:11, 36:8
**above-entitled** [1] - 37:7
**absolutely** [1] - 20:24
**accept** [5] - 22:6, 22:11, 23:11, 23:12, 28:5
**accommodate** [1] - 36:8
**according** [2] - 24:17, 24:18
**accordingly** [2] - 22:12, 22:25
**accurate** [1] - 37:6
**act** [1] - 17:14
**acting** [2] - 10:1, 17:16
**action** [1] - 29:12
**addition** [1] - 5:24
**additional** [2] - 8:7, 29:14
**address** [5] - 6:8, 7:3, 13:18, 23:22, 25:14
**adequate** [3] - 35:6, 35:7
**adjudicating** [2] - 25:7, 25:8
**advice** [7] - 8:21, 8:24, 9:14, 11:13, 21:18, 28:13, 31:18
**advise** [5] - 9:12, 10:4, 11:9, 18:2, 26:24
**advised** [1] - 8:19
**advisement** [3] - 31:21, 33:16, 35:3
**advisory** [1] - 24:8
**advocacy** [2] - 15:7, 15:20
**affect** [1] - 10:2
**affiliated** [4] - 5:4, 5:10, 8:22, 18:17
**affiliation** [1] - 18:11
**affirm** [2] - 7:5, 17:1
**ago** [2] - 4:11, 5:7
**agree** [4] - 4:19, 14:9, 16:2, 34:15
**agreement** [12] - 7:25, 27:6, 27:10, 27:12, 27:14, 28:22, 29:6, 29:7, 29:10, 29:17, 33:3, 33:7
**ahead** [9] - 9:7, 12:5, 12:6, 12:17, 12:18, 13:25, 19:1, 20:1, 27:22
**allow** [6] - 10:10, 12:18, 16:3, 20:1, 22:11, 22:24
**allowing** [1] - 19:23
**Amendment** [10] - 19:15, 19:16, 22:2, 23:14, 23:15, 23:18, 25:6, 25:9, 34:4
**AMERICA** [2] - 1:4, 1:13
**America** [2] - 2:12, 21:16
**analysis** [5] - 5:12, 24:3, 24:10, 31:14, 34:4
**AND** [1] - 30:2
**announce** [1] - 3:11
**answer** [4] - 27:12, 29:2, 29:5, 32:25

**answered** [1] - 19:10
**answers** [2] - 7:5, 31:23
**appearance** [8] - 3:11, 5:1, 6:5, 22:18, 24:5, 24:17, 25:25, 26:6
**appearances** [1] - 2:13
**appearing** [1] - 4:1
**appreciate** [2] - 29:3, 36:4
**appreciated** [1] - 4:16
**appropriate** [1] - 26:7
**areas** [5] - 13:19, 32:2, 32:4, 32:22, 33:14
**arguments** [1] - 15:20
**arise** [1] - 16:3
**arises** [1] - 21:11
**arranged** [2] - 10:16, 23:6
**arrangement** [1] - 22:1
**arrangements** [1] - 11:14
**assist** [1] - 9:4
**associate** [1] - 3:14
**associated** [2] - 5:5, 8:23
**assuming** [2] - 4:12, 18:24
**Atlanta** [2] - 1:20, 3:11
**attempted** [1] - 33:23
**attention** [1] - 24:14
**attorney** [1] - 13:1
**attorney/client** [2] - 21:5, 26:2
**AUSA** [3] - 1:12, 1:13, 1:13
**authority** [1] - 23:11
**available** [4] - 10:23, 23:6, 29:18, 33:3
**Avenue** [2] - 1:15, 1:23

## B

**BAAN** [2] - 2:1, 37:11
**BAAN-PROULX** [2] - 2:1, 37:11
**Baker** [5] - 5:10, 5:12, 15:18, 17:13, 18:17
**BakerHostetler** [3] - 16:4, 18:11, 25:20
**based** [5] - 22:5, 22:23, 24:21, 32:3, 34:5
**basis** [1] - 33:7
**BEACH** [1] - 1:2
**become** [1] - 12:9
**becomes** [1] - 10:17
**BEFORE** [1] - 1:9
**behalf** [15] - 2:17, 2:20, 2:23, 3:1, 3:4, 3:21, 4:1, 5:1, 24:1, 24:5, 32:21, 35:19, 35:23, 36:2
**behind** [1] - 6:8
**believes** [3] - 7:25, 21:12, 26:8
**bench** [1] - 31:25
**benefit** [3] - 9:5, 33:2, 35:12
**best** [3] - 10:1, 17:14

**between** [2] - 23:21, 24:24
**binding** [1] - 22:3
**bit** [3] - 11:8, 31:24, 35:8
**Blvd** [1] - 2:3
**Bond** [1] - 1:14
**breach** [2] - 27:14, 29:6
**break** [1] - 27:18
**briefing** [1] - 20:12
**briefly** [3] - 15:3, 23:5, 32:6
**bring** [1] - 31:3
**broader** [1] - 26:8
**brought** [2] - 24:14
**Broward** [1] - 2:3
**BRUCE** [1] - 1:9
**Building** [1] - 1:14
**Bureau** [1] - 36:7
**bus** [1] - 28:12
**BY** [1] - 2:1

## C

**camera** [1] - 16:16
**cannot** [1] - 26:23
**capacity** [1] - 17:15
**CASE** [1] - 1:2
**case** [17] - 2:11, 4:1, 4:21, 4:24, 14:14, 18:4, 19:2, 19:8, 21:20, 22:14, 24:24, 25:4, 25:25, 27:1, 28:25, 32:16, 32:17
**cases** [1] - 32:17
**certainly** [2] - 23:15, 30:12
**certify** [1] - 37:6
**chance** [1] - 29:17
**change** [2] - 22:17, 24:4
**changed** [1] - 24:18
**charged** [3] - 4:21, 29:20, 29:21
**choose** [5] - 8:10, 8:12, 10:7, 18:20, 21:2
**circle** [1] - 8:6
**circular** [1] - 11:8
**clarify** [2] - 6:3, 25:14
**clarifying** [2] - 8:5, 30:6
**clear** [9] - 9:17, 10:22, 15:16, 15:17, 17:21, 19:13, 20:23, 34:9, 34:13
**clerk** [1] - 3:16
**client** [3] - 9:22, 9:24, 28:8
**co** [1] - 21:24
**co-counsel** [1] - 21:24
**colleague** [1] - 24:14
**colloquy** [1] - 28:21
**coming** [3] - 22:15, 24:23, 35:10
**comment** [1] - 15:8
**common** [1] - 13:11
**communicated** [1] - 4:12
**communication** [5] - 5:25, 21:5, 24:15, 24:17, 24:18

**communications** [1] - 6:2
**compel** [1] - 23:22
**compelled** [1] - 7:25
**COMPLETED** [1] - 37:11
**completely** [1] - 11:16
**completeness** [1] - 15:5
**complicated** [1] - 31:11
**complication** [1] - 8:8
**complications** [1] - 4:11
**comply** [2] - 27:10, 29:10
**concern** [6] - 5:20, 6:7, 19:14, 29:22, 30:1, 34:2
**concerns** [1] - 22:2
**concluded** [1] - 36:14
**conclusion** [1] - 35:4
**Conduct** [1] - 25:8
**conduct** [3] - 18:18, 18:21, 29:21
**conducting** [1] - 21:25
**confer** [4] - 7:17, 10:14, 18:25, 19:6
**confidential** [1] - 28:9
**confidentially** [1] - 18:10
**confirm** [2] - 5:8, 33:21
**conflict** [39] - 3:3, 4:8, 5:21, 6:6, 6:19, 6:21, 6:22, 6:24, 7:1, 7:2, 11:7, 11:12, 12:13, 13:1, 13:12, 13:17, 14:18, 16:3, 17:13, 17:19, 19:2, 19:8, 20:1, 20:6, 23:6, 23:8, 23:12, 25:9, 27:17, 28:1, 28:16, 30:13, 31:2, 31:6, 32:8, 33:24, 34:12, 34:17, 34:22
**conflict-free** [5] - 13:12, 23:6, 23:8, 25:9, 32:8
**conflicted** [1] - 11:16
**conflicts** [7] - 12:16, 12:18, 14:13, 14:16, 14:25, 22:9, 25:3
**confront** [1] - 32:10
**consent** [1] - 19:8
**consequences** [12] - 8:10, 8:11, 9:13, 27:7, 27:9, 27:15, 29:8, 29:9, 29:11, 30:5, 30:22, 36:7
**consider** [2] - 14:23, 33:18
**constitutionally** [1] - 9:25, 19:18
**consult** [4] - 13:12, 27:14, 32:8, 33:18
**consultation** [1] - 19:4
**consulted** [2] - 13:16, 32:12
**consulting** [1] - 14:6
**contemplating** [1] - 11:23
**continue** [5] - 6:22, 10:7, 10:10, 19:24, 27:23
**conversation** [2] - 10:18, 14:19

**cooperate** [2] - 8:9, 9:12
**cooperates** [1] - 29:23
**cooperating** [1] - 28:10
**cooperation** [1] - 7:24
**copied** [1] - 6:2
**Coral** [1] - 1:23
**correct** [19] - 5:9, 5:23, 5:24, 10:12, 10:15, 10:25, 11:1, 12:1, 13:4, 16:7, 16:8, 17:23, 17:24, 31:8, 31:10, 31:12, 31:19, 34:17, 34:18
**correctly** [1] - 29:5
**counsel** [35] - 2:14, 3:2, 3:25, 4:24, 5:20, 7:18, 10:15, 10:17, 10:23, 10:25, 11:25, 12:6, 12:10, 12:12, 13:11, 13:12, 13:16, 14:7, 20:16, 20:24, 21:24, 23:6, 23:8, 23:23, 25:9, 27:3, 30:11, 31:3, 31:5, 32:8, 32:12, 33:19, 34:23, 35:12
**course** [1] - 9:25
**Court** [8] - 2:2, 8:18, 13:11, 26:8, 29:24, 33:2, 33:3, 33:21
**court** [1] - 2:10
**COURT** [95] - 1:1, 1:10, 2:11, 2:17, 2:21, 2:25, 3:5, 3:10, 3:14, 3:18, 3:20, 3:25, 4:3, 4:7, 5:13, 6:3, 6:11, 7:9, 7:16, 8:2, 8:5, 8:15, 9:3, 9:9, 9:17, 9:24, 10:6, 10:12, 10:22, 11:2, 11:19, 11:24, 12:3, 12:14, 13:2, 13:6, 13:18, 13:22, 13:25, 14:8, 14:16, 15:2, 15:11, 15:25, 16:6, 16:9, 16:13, 16:18, 16:22, 17:5, 17:21, 17:25, 18:7, 18:14, 18:24, 19:4, 19:6, 19:10, 19:13, 19:23, 20:5, 20:7, 20:20, 21:7, 23:10, 24:6, 24:20, 25:2, 25:19, 26:10, 26:13, 26:23, 27:4, 27:16, 27:22, 28:4, 28:19, 29:1, 29:7, 30:1, 30:12, 30:24, 31:9, 31:20, 32:9, 32:21, 33:4, 33:9, 33:13, 34:1, 34:20, 35:2, 35:23, 36:1, 36:4
**cover** [1] - 15:2
**covered** [1] - 15:4
**COVID-19** [1] - 37:3
**create** [1] - 36:6
**creates** [3] - 17:13, 22:19, 22:21
**criminal** [3] - 21:19, 21:21, 29:14
**cross** [7] - 18:9, 18:19, 18:21, 20:16, 21:2, 21:22, 22:1

**cross-examination** [4] - 18:9, 18:19, 18:21, 22:1
**cross-examine** [2] - 20:16, 21:22
**cross-examining** [1] - 21:2
**CUYLER** [3] - 1:13, 29:4, 29:11
**Cuyler** [3] - 2:16, 28:24, 29:1

## D

**date** [2] - 22:15, 35:10
**DATE** [1] - 37:11
**DC** [1] - 1:15
**debrief** [8] - 20:18, 23:19, 30:11, 31:5, 31:8, 31:10, 31:11, 35:11
**debriefed** [4] - 27:6, 27:8, 30:19, 35:12
**debriefing** [2] - 30:15, 34:24
**debriefings** [4] - 22:20, 23:9, 23:13, 23:24
**decide** [1] - 11:24
**decision** [10] - 8:16, 10:9, 11:3, 12:21, 13:13, 16:10, 22:9, 32:12, 35:9
**decisions** [2] - 6:9, 22:11
**decline** [1] - 8:9
**declines** [1] - 27:8
**DEFENDANT** [17] - 1:18, 16:17, 16:21, 17:4, 17:20, 17:24, 18:6, 18:13, 18:23, 19:3, 19:5, 19:9, 19:12, 19:22, 20:4, 20:6, 34:18
**defendant** [5] - 1:6, 4:21, 5:2, 23:17, 25:1
**defendants** [1] - 4:1
**defending** [1] - 21:19
**defense** [2] - 19:25, 21:21
**demand** [1] - 6:14
**deny** [2] - 23:10, 23:22
**Department** [1] - 1:14
**determination** [2] - 14:5, 33:20
**determine** [3] - 20:15, 35:6, 35:7
**detriment** [1] - 9:19
**detrimental** [1] - 27:9
**development** [1] - 33:15
**difference** [1] - 34:3
**different** [8] - 12:7, 12:24, 20:14, 23:21, 26:16, 28:6, 34:10, 34:23
**direct** [2] - 28:15, 28:21
**directly** [4] - 6:17, 13:8, 26:2, 26:15
**disagree** [2] - 15:6, 28:16
**disclosure** [1] - 4:15

**disclosures** [1] - 20:25
**discussed** [3] - 14:13, 17:17, 22:10
**disputed** [1] - 8:3
**disqualification** [1] - 25:6
**distinction** [1] - 14:1
**distinguish** [1] - 24:24
**district** [2] - 21:15, 21:23
**DISTRICT** [3] - 1:1, 1:1, 1:10
**down** [3] - 4:10, 8:12, 17:5
**Dr** [3] - 21:16, 21:18, 21:19
**due** [1] - 19:15
**during** [7] - 17:2, 22:20, 23:8, 30:11, 31:8, 31:10, 37:3
**duties** [2] - 17:18, 28:13
**duty** [6] - 9:10, 9:11, 17:14, 17:16, 18:2, 28:11

## E

**e-mail** [1] - 24:14
**easier** [2] - 3:5, 6:13
**East** [1] - 2:3
**effective** [1] - 9:25
**effectively** [1] - 19:18
**efforts** [1] - 36:5
**either** [4] - 18:16, 22:22, 24:4, 32:5
**enter** [3] - 22:13, 23:7, 24:5
**entered** [3] - 5:1, 25:25, 26:6
**entitled** [2] - 9:25, 37:7
**entry** [1] - 6:5
**ESQ** [2] - 1:18, 1:22
**essentially** [1] - 21:22
**established** [1] - 26:1
**ethical** [6] - 8:21, 9:20, 10:3, 25:2, 25:5, 28:13
**ethically** [2] - 9:6, 26:23
**ethics** [1] - 17:12
**events** [1] - 7:14
**evidence** [2] - 14:22, 30:16
**exact** [1] - 34:15
**exactly** [2] - 21:17, 24:10
**examination** [4] - 18:9, 18:19, 18:21, 22:1
**examine** [2] - 20:16, 21:22
**examining** [1] - 21:2
**example** [2] - 9:3, 18:1
**examples** [1] - 9:20
**exculpatory** [1] - 14:22
**excuse** [1] - 36:9
**exercise** [1] - 31:3
**exercising** [1] - 30:10
**exhibit** [1] - 33:6
**Exhibit** [2] - 33:7
**exist** [1] - 12:13
**existing** [1] - 6:23

**exists** [2] - 5:22, 6:6
**expected** [1] - 35:8
**experience** [1] - 21:9
**explained** [2] - 10:6, 12:17
**exposing** [2] - 29:14, 30:4
**expressing** [1] - 12:9
**extended** [1] - 4:23
**extent** [3] - 9:9, 10:17, 26:8

## F

**fact** [4] - 5:6, 24:21, 26:14, 31:6
**factual** [6] - 15:10, 25:19, 32:19, 33:7, 33:14, 35:7
**failing** [1] - 29:10
**fails** [1] - 27:10
**fair** [1] - 19:15
**fall** [1] - 21:4
**familiar** [1] - 16:23
**far** [1] - 14:18
**fast** [1] - 22:15
**FCRR** [2] - 2:1, 37:11
**few** [2] - 5:6, 13:15
**Fifth** [1] - 19:16
**figure** [1] - 27:18
**filed** [2] - 6:5, 24:16
**finality** [1] - 24:2
**findings** [5] - 22:22, 22:23, 23:3, 35:5, 35:6
**fine** [5] - 3:6, 6:11, 17:10, 26:5, 28:19
**finer** [1] - 15:1
**firm** [22] - 5:1, 5:5, 5:6, 5:10, 5:15, 5:21, 8:22, 14:3, 15:18, 16:4, 17:11, 17:13, 18:11, 18:12, 18:17, 18:18, 21:8, 24:15, 24:25, 25:20, 26:1, 34:6
**firms** [2] - 6:14, 25:4
**first** [4] - 7:4, 11:15, 16:25, 23:1
**FL** [2] - 1:23, 2:3
**Floor** [1] - 1:14
**Florida** [1] - 25:7
**FLORIDA** [1] - 1:1
**following** [1] - 2:10
**FOR** [2] - 1:12, 1:18
**forced** [1] - 31:7
**foregoing** [1] - 37:6
**formally** [1] - 12:6
**formed** [1] - 6:10
**Fort** [1] - 2:3
**forward** [5] - 13:15, 20:12, 20:19, 22:4, 23:9
**forwarding** [1] - 22:24
**framed** [2] - 25:13, 25:15
**Fraud** [1] - 1:14
**free** [5] - 13:12, 23:6, 23:8, 25:9, 32:8

**front** [2] - 20:14, 29:24
**full** [3] - 27:25, 28:3, 28:5
**fully** [6] - 5:10, 9:21, 10:9, 19:10, 22:10, 32:11
**fulsome** [1] - 32:23
**furtherance** [1] - 15:21
**future** [6] - 13:3, 21:11, 21:12, 22:17, 27:2, 34:22

## G

**GA** [1] - 1:20
**Gables** [1] - 1:23
**GARCIA** [1] - 1:8
**Garcia** [2] - 4:9, 24:20
**general** [1] - 15:13
**given** [6] - 5:20, 9:20, 12:4, 21:18, 24:4, 28:5
**GIZELLA** [2] - 2:1, 37:11
**gizella_baan** [1] - 2:4
**gizella_baan-proulx@flsd .uscourts.gov** [1] - 2:4
**glad** [1] - 36:8
**government** [39] - 2:14, 2:16, 4:8, 5:18, 5:19, 6:6, 7:10, 7:17, 7:25, 8:1, 8:8, 8:17, 9:4, 9:12, 14:14, 14:21, 15:7, 20:8, 21:1, 21:2, 21:12, 22:19, 22:21, 23:1, 23:3, 23:19, 23:25, 24:20, 25:11, 27:6, 27:8, 30:18, 30:24, 32:1, 32:18, 35:11, 35:19
**government's** [4] - 14:12, 20:20, 32:7, 32:15
**GRAY** [1] - 2:6
**guess** [1] - 5:8
**guys** [1] - 19:4

## H

**hand** [2] - 16:25, 17:5
**happy** [3] - 6:15, 21:13, 22:21
**harmful** [1] - 18:3
**head** [1] - 14:23
**healthcare** [1] - 29:12
**hear** [4] - 3:8, 3:17, 17:22, 28:20
**heard** [1] - 29:4
**HEARING** [1] - 1:8
**hearing** [9] - 4:8, 4:10, 4:15, 4:20, 13:14, 21:13, 24:23, 36:14, 37:3
**hearings** [1] - 4:23
**held** [1] - 2:10
**help** [1] - 35:13
**hereby** [1] - 37:6
**hi** [2] - 16:20, 16:21
**high** [2] - 6:14, 8:25
**himself** [3] - 14:5, 29:14,

30:4
**Honor** [41] - 2:19, 5:11, 7:15, 9:16, 10:16, 11:18, 12:2, 13:21, 13:24, 14:15, 14:19, 14:24, 15:24, 16:5, 16:12, 20:11, 20:15, 24:1, 24:22, 25:17, 25:18, 26:4, 26:12, 26:22, 27:1, 27:11, 27:24, 29:4, 30:8, 30:23, 31:13, 32:20, 32:25, 33:12, 33:17, 33:19, 35:1, 35:25, 36:3
**Honorable** [1] - 2:2
**HONORABLE** [1] - 1:9
**hope** [1] - 11:7
**hoping** [1] - 6:12
**Hostetler** [2] - 15:18, 17:13
**hundred** [2] - 15:15, 15:17

## I

**identified** [1] - 14:13
**identify** [1] - 3:3
**II** [1] - 2:2
**implicate** [1] - 26:24
**implicated** [3] - 14:2, 25:8, 25:10
**important** [1] - 19:14
**imputation** [3] - 25:3, 26:2
**inclusive** [1] - 33:1
**indeed** [4] - 7:25, 20:15, 24:4, 24:16
**independent** [20] - 10:14, 10:17, 10:24, 11:13, 11:16, 11:21, 11:25, 12:5, 12:10, 12:12, 13:12, 14:6, 23:23, 28:2, 30:11, 31:3, 31:4, 31:17, 32:12, 33:19
**independently** [2] - 9:21, 19:1
**indicated** [1] - 31:16
**indicating** [1] - 24:15
**individual** [3] - 21:1, 22:8, 25:22
**individuals** [1] - 2:22
**information** [7] - 18:10, 20:24, 20:25, 21:4, 22:20, 26:24, 28:9
**informative** [1] - 22:3
**informed** [5] - 10:9, 14:20, 22:11, 32:11, 34:10
**inquiry** [7] - 13:19, 20:9, 20:10, 24:21, 30:5, 32:4, 32:22
**instructive** [1] - 21:14
**intend** [1] - 6:1
**intention** [1] - 35:16
**interest** [6] - 4:8, 5:22, 10:2, 14:24, 17:14, 17:15
**interrupt** [2] - 13:23, 29:16

**interrupting** [1] - 7:23
**investigation** [1] - 29:13
**issue** [12] - 21:21, 22:19, 22:21, 23:18, 23:21, 24:3, 25:12, 25:14, 25:15, 26:13, 28:1, 33:24
**issues** [3] - 8:15, 23:4, 23:25

## J

**January** [1] - 1:5
**job** [1] - 6:13
**John** [2] - 2:16
**JOHN** [1] - 1:13
**john.scanlon@usdoj.gov** [1] - 1:17
**join** [1] - 27:21
**joint** [1] - 15:18
**JORDAN** [1] - 2:6
**JR** [1] - 1:13
**Judge** [11] - 2:2, 2:15, 3:19, 5:24, 21:22, 23:5, 23:7, 24:24, 29:15, 32:6, 35:21
**JUDGE** [1] - 1:10
**judge** [5] - 7:23, 13:10, 13:23, 15:6, 24:13
**Justice** [1] - 1:14

## K

**kind** [2] - 4:18, 15:1
**knowing** [9] - 10:9, 14:5, 14:9, 21:8, 22:10, 32:11, 33:20, 33:22, 33:23
**knowledge** [1] - 25:3
**known** [1] - 21:24
**knows** [1] - 3:15

## L

**last** [1] - 4:15
**Lauderdale** [1] - 2:3
**law** [15] - 5:15, 5:21, 8:22, 14:3, 17:11, 21:18, 21:22, 21:24, 24:24, 25:3, 25:4, 26:1, 28:6, 28:7, 34:6
**lawyer** [22] - 9:10, 11:5, 11:12, 11:17, 11:21, 12:23, 12:24, 13:3, 14:2, 16:7, 17:15, 17:16, 21:17, 21:20, 21:21, 21:25, 23:11, 24:25, 25:1, 28:2, 31:17
**lawyer's** [2] - 9:21, 21:19
**lawyers** [14] - 6:14, 8:19, 10:1, 11:6, 11:7, 11:13, 15:20, 17:9, 19:17, 25:22, 31:10, 34:7, 34:11, 34:16
**lawyers'** [1] - 16:1
**least** [5] - 6:19, 7:2, 14:12, 21:15, 33:22

**legal** [2] - 17:12, 34:3
**lengthy** [1] - 4:20
**level** [2] - 8:25, 25:5
**liability** [1] - 29:14
**likewise** [1] - 9:9
**limit** [2] - 9:21, 19:25
**limitation** [2] - 16:1, 18:20
**limitations** [4] - 8:21, 10:3, 18:8, 37:4
**limits** [1] - 8:23
**line** [1] - 20:9
**listed** [1] - 3:2
**look** [5] - 23:19, 27:2, 27:21, 29:16, 34:3
**looked** [1] - 29:17
**Lynn** [1] - 1:22

**M**

**M-E-L-G-E-N** [1] - 22:2
**MAGISTRATE** [1] - 1:10
**mail** [1] - 24:14
**Marra** [1] - 21:23
**matter** [9] - 5:3, 8:1, 15:9, 20:3, 31:21, 33:16, 36:9, 37:7
**matters** [3] - 15:12, 15:13, 34:8
**McEvoy** [53] - 2:6, 3:7, 3:19, 3:21, 4:14, 5:4, 5:9, 5:11, 6:1, 6:3, 6:5, 6:25, 8:19, 9:18, 10:12, 10:16, 10:23, 11:1, 12:4, 12:8, 13:23, 13:25, 14:1, 14:19, 15:6, 16:1, 17:12, 18:1, 19:24, 20:2, 22:17, 23:13, 23:20, 24:1, 24:15, 24:19, 25:12, 25:24, 26:4, 26:14, 26:20, 27:24, 28:17, 28:24, 30:14, 30:19, 31:7, 31:13, 33:13, 33:17, 36:1, 36:3
**mean** [1] - 29:8
**means** [1] - 10:20
**meet** [1] - 8:1
**meeting** [1] - 23:9
**Melgen** [3] - 21:17, 21:18, 21:19
**memorializes** [1] - 22:13
**mere** [1] - 25:4
**met** [1] - 10:24
**middle** [1] - 13:14
**might** [14] - 7:12, 8:8, 9:6, 9:9, 9:11, 9:13, 10:2, 10:3, 11:7, 11:8, 12:23, 18:1, 18:8, 20:14
**Minal** [4] - 2:12, 2:18, 2:23, 4:5
**MINAL** [2] - 1:6, 1:19
**mind** [1] - 29:2
**minute** [2] - 12:15, 12:20

**minutes** [1] - 27:20
**mitigated** [1] - 22:1
**moment** [1] - 4:16
**morning** [23] - 2:11, 2:15, 2:17, 2:19, 2:21, 2:25, 3:18, 3:19, 3:20, 3:23, 3:24, 4:3, 4:6, 4:7, 4:13, 6:13, 7:6, 23:4, 31:25, 32:3, 33:11, 35:18, 36:5
**most** [2] - 19:13, 29:19
**motion** [1] - 33:8
**motivation** [1] - 11:9
**move** [6] - 13:14, 20:12, 20:18, 22:4, 22:24, 23:9
**moved** [1] - 36:6
**moving** [1] - 22:14
**MR** [65] - 2:6, 2:15, 2:19, 3:2, 3:24, 4:2, 4:5, 4:6, 5:24, 7:8, 7:15, 7:22, 7:23, 8:3, 8:14, 9:2, 9:8, 9:16, 9:23, 10:5, 10:11, 11:18, 11:23, 12:2, 12:25, 13:5, 13:10, 13:21, 14:15, 14:18, 15:24, 16:5, 16:8, 16:12, 20:11, 20:23, 23:5, 24:13, 24:22, 25:17, 26:12, 26:22, 27:1, 27:11, 27:20, 27:24, 28:24, 29:4, 29:11, 29:15, 30:8, 30:23, 31:1, 31:13, 31:19, 32:6, 32:20, 32:25, 33:6, 33:12, 33:17, 34:25, 35:21, 35:25, 36:3
**MS** [6] - 2:6, 2:23, 3:9, 3:13, 3:17, 4:4
**mute** [3] - 4:4, 4:5, 16:14
**muted** [1] - 3:9

**N**

**necessarily** [1] - 31:7
**necessary** [7] - 3:15, 10:17, 10:20, 13:7, 26:9, 32:16, 32:17
**need** [22] - 3:14, 6:17, 6:18, 6:19, 7:2, 11:3, 12:9, 12:25, 13:20, 19:14, 20:9, 20:18, 21:12, 28:19, 30:5, 31:22, 31:24, 32:5, 32:19, 34:3, 34:10, 35:14
**needs** [1] - 25:15
**negative** [1] - 9:13
**New** [1] - 1:15
**new** [2] - 5:6, 35:12
**NO** [1] - 1:2
**non** [1] - 11:16
**non-conflicted** [1] - 11:16
**noncompliance** [1] - 25:4
**notable** [1] - 29:19
**nothing** [3] - 7:7, 17:3, 35:21

**number** [3] - 2:12, 2:21, 4:23
**NW** [2] - 1:15, 1:19

**O**

**objection** [2] - 12:22, 23:2
**obstruction** [1] - 29:12
**obtained** [1] - 18:10
**obtaining** [1] - 21:3
**obviously** [2] - 11:3, 18:24
**occur** [2] - 7:14, 9:1
**occurred** [1] - 37:3
**OF** [3] - 1:1, 1:4, 1:13
**offer** [2] - 9:3, 11:10
**offered** [1] - 11:10
**Official** [1] - 2:2
**oftentimes** [2] - 11:4, 11:10
**one** [11] - 8:8, 11:9, 14:19, 15:8, 23:18, 24:2, 29:19, 29:22, 31:14, 35:17, 35:18
**ongoing** [1] - 29:18
**open** [2] - 2:10, 7:21
**opinion** [1] - 24:8
**opportunity** [4] - 11:11, 11:17, 11:20, 27:25
**opposed** [1] - 14:3
**opposite** [1] - 25:23
**option** [1] - 30:10
**order** [4] - 23:7, 23:11, 35:16, 36:10
**otherwise** [2] - 10:3, 15:21
**ought** [1] - 32:23
**ourselves** [1] - 11:5
**outline** [1] - 29:18
**outstanding** [1] - 17:9
**owe** [1] - 9:9
**own** [2] - 21:22, 22:5

**P**

**PA** [1] - 1:22
**PALM** [1] - 1:2
**pandemic** [1] - 37:3
**part** [4] - 13:8, 20:9, 31:14, 33:4
**participated** [1] - 13:15
**particular** [1] - 34:7
**parties** [12] - 4:19, 8:4, 14:3, 21:14, 22:4, 22:12, 22:16, 22:21, 22:24, 23:21, 25:22, 36:9
**partner** [8] - 4:25, 8:20, 17:11, 21:19, 21:22, 21:24, 28:6, 28:8
**partners** [2] - 5:21, 9:10
**Patel** [57] - 2:13, 2:18, 2:20, 2:24, 3:4, 4:3, 4:21, 5:1, 5:20, 6:1, 6:16, 7:11, 8:20, 9:5, 9:10, 9:11, 9:12, 10:2,

**number** [3] - 2:12, 12:22, 14:22, 15:19, 16:4, 16:15, 16:16, 16:18, 16:20, 16:22, 17:6, 18:25, 19:13, 22:7, 22:18, 23:16, 23:18, 24:5, 24:16, 24:19, 25:13, 25:21, 26:3, 26:16, 26:18, 26:21, 26:25, 30:16, 30:17, 31:15, 32:5, 32:22, 32:23, 33:25, 34:12, 34:13, 34:14, 35:13, 35:24
**PATEL** [3] - 1:6, 1:19, 4:6
**patel** [3] - 3:1, 4:2, 23:17
**patel's** [2] - 6:9, 25:9
**Patel's** [1] - 22:8
**path** [3] - 7:20, 8:12, 12:7
**Patrick** [2] - 2:15, 29:15
**PATRICK** [1] - 1:12
patrick.queenan@usdoj.gov [1] - 1:16
**PC** [1] - 1:19
**Peachtree** [2] - 1:19, 3:12
**people** [3] - 16:19, 34:6, 34:7
**percent** [1] - 15:17
**perhaps** [4] - 4:19, 11:9, 18:3, 22:3
**period** [1] - 4:23
**Person** [5] - 28:9, 28:10, 28:11, 28:14
**person** [2] - 21:25, 28:7
**perspective** [1] - 14:12
**pertain** [1] - 25:2
**pertains** [1] - 23:15
**Pheonetia** [1] - 1:23
**phone** [4] - 3:22, 4:2, 27:19, 36:5
**place** [1] - 20:14
**plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:12
**plan** [2] - 18:15, 20:15
**plea** [12] - 7:24, 27:5, 27:10, 27:12, 27:14, 28:22, 29:6, 29:7, 29:10, 29:17, 33:2, 33:7
**pleadings** [2] - 10:13, 18:14
**point** [15] - 5:17, 10:19, 11:25, 13:1, 15:1, 16:6, 17:19, 20:17, 20:18, 21:14, 23:5, 25:7, 27:2, 28:17, 32:11
**Polsinelli** [6] - 5:1, 5:5, 5:6, 5:14, 18:11, 18:18
**position** [8] - 7:12, 7:19, 20:21, 30:18, 30:24, 32:7, 32:15, 34:20
**possibility** [1] - 8:8
**posture** [1] - 24:23
**potential** [19] - 6:19, 6:21, 6:23, 7:2, 7:20, 11:12, 12:16, 14:13, 14:16, 14:25, 15:25,

17:13, 20:1, 22:9, 27:17, 28:16, 30:4, 30:21, 35:12
**potentially** [9] - 5:19, 7:10, 7:11, 7:12, 11:3, 13:5, 28:22, 29:12, 31:12
**practical** [2] - 27:15, 29:22
**precedent** [2] - 21:15, 22:5
**precipitous** [1] - 35:9
**preclude** [1] - 30:9
**predict** [1] - 21:11
**prepare** [2] - 22:16, 35:14
**prepared** [14] - 10:19, 12:11, 12:12, 13:1, 14:5, 16:2, 22:6, 27:13, 28:3, 28:5, 28:18, 34:17, 34:18, 34:25
**present** [1] - 2:6
**presented** [1] - 24:12
**presumed** [1] - 21:8
**pretty** [2] - 13:11, 16:23
**previously** [2] - 5:4, 18:18
**principle** [3] - 8:25, 15:13, 15:15
**Prisons** [1] - 36:7
**problem** [3] - 3:20, 23:14, 23:15
**problematic** [1] - 9:6
**proceed** [1] - 22:12
**proceeding** [1] - 17:2
**proceedings** [2] - 2:10, 37:7
**process** [1] - 19:15
**product** [1] - 21:5
**Professional** [1] - 25:8
**professional** [1] - 18:2
**prophylactic** [2] - 6:7, 10:20
**propound** [1] - 7:6
**prosecution** [2] - 9:5, 21:16
**prosecutor** [1] - 28:24
**protect** [1] - 10:20
**protection** [1] - 29:20
**protections** [1] - 29:18
**PROULX** [2] - 2:1, 37:11
**proulx@flsd.uscourts. gov** [1] - 2:4
**provide** [3] - 18:3, 26:24, 30:16
**provision** [1] - 7:24
**prying** [1] - 14:2
**purposes** [1] - 34:23
**pursuant** [1] - 4:9
**purview** [1] - 21:4
**put** [3] - 6:8, 16:16, 17:5
**puts** [1] - 15:1
**putting** [1] - 21:7

## Q

**quandary** [1] - 11:5
**quarantining** [1] - 36:8

**QUEENAN** [21] - 1:12, 2:15, 5:24, 7:23, 8:3, 13:10, 13:21, 14:15, 14:18, 20:11, 23:5, 24:13, 24:22, 25:17, 27:11, 27:20, 29:15, 32:6, 32:20, 33:6, 35:21
**Queenan** [13] - 2:15, 5:17, 5:23, 13:7, 14:1, 14:11, 21:10, 23:2, 25:14, 27:7, 27:22, 28:20, 29:15
**questioned** [2] - 7:10, 26:16
**questioning** [1] - 17:22
**questions** [11] - 7:6, 13:7, 16:24, 17:6, 17:25, 19:10, 26:5, 31:23, 32:4, 33:15
**quick** [1] - 27:21
**quickly** [2] - 22:14, 36:10
**quite** [2] - 13:15, 30:8

## R

**Rafferty** [15] - 3:6, 4:25, 5:11, 5:13, 6:12, 7:1, 8:23, 12:18, 12:22, 17:10, 17:11, 18:9, 18:10, 18:21, 26:17
**raise** [6] - 16:25, 23:3, 23:4, 23:25, 35:18, 35:20
**raised** [1] - 6:7
**raising** [1] - 8:15
**read** [1] - 10:13
**real** [1] - 4:19
**really** [2] - 4:16, 35:5
**reason** [1] - 18:15
**reasons** [1] - 17:17
**recap** [1] - 4:17
**received** [2] - 20:23, 20:25
**recently** [1] - 4:25
**recitation** [1] - 15:10
**recollection** [2] - 4:17, 15:8
**recommendations** [1] - 15:20
**record** [13] - 15:5, 17:22, 20:23, 21:8, 22:13, 22:24, 32:3, 32:19, 32:23, 33:4, 33:10, 34:9, 35:7
**reduced** [1] - 29:25
**reduction** [3] - 7:13, 7:19, 7:20
**reflect** [1] - 31:24
**reflecting** [1] - 4:14
**regard** [1] - 10:2
**regarding** [1] - 26:5
**REGINALD** [1] - 1:13
**Reginald** [1] - 2:16
**reginald.cuyler.jr@usdoj. gov** [1] - 1:17
**regulatory** [2] - 21:18, 21:20, 21:25
**REINHART** [1] - 1:9

**related** [1] - 29:21
**relates** [1] - 33:23
**relationship** [1] - 26:2
**relayed** [1] - 14:25
**relief** [1] - 8:18
**remains** [1] - 5:12
**remember** [1] - 23:17
**remotely** [1] - 37:5
**REPORTED** [1] - 2:1
**reporting** [1] - 37:5
**represent** [19] - 6:1, 9:22, 12:19, 15:19, 16:2, 16:4, 19:24, 20:2, 22:18, 23:13, 23:23, 28:9, 28:10, 30:11, 34:11, 34:16, 34:23, 35:13
**representation** [7] - 10:1, 10:8, 10:10, 15:18, 15:22, 18:20, 33:24
**representations** [1] - 6:23
**represented** [8] - 4:22, 5:3, 17:8, 17:10, 19:17, 23:8, 31:15
**representing** [22] - 8:20, 9:11, 12:22, 13:14, 14:3, 19:17, 19:18, 24:16, 24:19, 25:1, 25:12, 25:21, 25:22, 26:15, 26:18, 26:20, 28:7, 30:17, 31:15, 34:6, 34:7
**request** [3] - 22:22, 23:10, 23:22
**requested** [1] - 4:8
**required** [3] - 7:16, 31:9, 33:18
**requires** [1] - 27:6
**research** [3] - 22:5, 32:14, 35:4
**reserve** [1] - 31:16
**resolved** [1] - 21:23
**result** [2] - 7:12, 9:14
**retain** [1] - 34:23
**reviewed** [1] - 27:12
**revisit** [1] - 22:22
**rights** [3] - 10:21, 11:4, 19:16
**rise** [1] - 25:5
**rls409@nyu.edu** [1] - 1:24
**Robin** [2] - 2:22, 2:23
**ROBYN** [1] - 1:22
**Robyn** [1] - 1:22
**Rodolfo** [1] - 2:2
**RPR** [2] - 2:1, 37:11
**Ruiz** [1] - 2:2
**Rule** [2] - 29:24, 30:25
**RULE** [1] - 1:8
**rule** [3] - 24:11, 25:5, 32:3
**ruled** [1] - 25:16
**rules** [3] - 17:12, 22:6, 25:2
**Rules** [1] - 25:7
**ruling** [5] - 22:15, 25:6,

25:18, 25:19, 31:25

## S

**SADOW** [9] - 1:18, 2:19, 3:2, 4:2, 4:5, 20:23, 32:25, 33:12, 35:25
**Sadow** [13] - 1:19, 2:19, 2:21, 4:22, 17:9, 18:16, 18:25, 19:7, 20:22, 32:21, 32:24, 33:10, 35:23
**Salomon** [1] - 21:16
**satisfied** [3] - 32:18, 33:10, 33:21
**SAUER** [1] - 3:17
**SCANLON** [1] - 1:13
**Scanlon** [1] - 2:16
**schedule** [1] - 20:18
**scheme** [1] - 29:21
**scratched** [1] - 14:23
**screen** [1] - 16:18
**second** [4] - 3:11, 6:17, 13:19, 14:10
**seconds** [1] - 15:9
**Section** [1] - 1:14
**see** [6] - 3:8, 4:18, 11:7, 12:7, 14:17, 27:14
**seeing** [1] - 33:9
**seek** [4] - 7:13, 7:19, 8:18, 27:2
**seeking** [1] - 24:20
**sees** [1] - 14:14
**sensitivity** [1] - 35:15
**sentence** [4] - 7:13, 27:9, 29:9, 29:25
**separate** [13] - 5:2, 10:14, 10:16, 12:23, 12:24, 12:25, 13:3, 16:7, 20:16, 27:3, 28:1, 29:11, 31:5
**separately** [1] - 5:2
**sequence** [1] - 7:14
**serving** [3] - 7:13, 27:9, 29:9
**set** [3] - 3:16, 4:10, 17:6
**side** [2] - 22:23, 30:2
**sides** [2] - 32:1, 35:15
**significant** [2] - 4:15, 27:16
**similar** [1] - 21:15
**simmons** [1] - 7:24
**SIMMONS** [28] - 3:24, 7:8, 7:15, 7:22, 8:14, 9:2, 9:8, 9:16, 9:23, 10:5, 10:11, 11:18, 11:23, 12:2, 12:25, 13:5, 15:24, 16:5, 16:8, 16:12, 26:12, 26:22, 27:1, 30:8, 30:23, 31:1, 31:19, 34:25
**Simmons** [80] - 3:4, 3:22, 3:23, 4:12, 5:2, 5:18, 6:16, 7:4, 7:5, 7:9, 8:6, 8:7, 10:14,

10:18, 10:22, 10:24, 11:2, 12:5, 12:8, 12:15, 13:8, 13:13, 14:4, 14:21, 14:25, 15:4, 15:8, 15:14, 15:15, 16:13, 16:24, 17:16, 17:17, 17:23, 18:2, 18:7, 18:12, 18:16, 19:24, 20:2, 20:13, 20:16, 20:19, 21:2, 21:6, 22:7, 22:8, 23:7, 23:17, 23:23, 24:1, 25:13, 25:21, 26:5, 26:10, 27:7, 27:19, 27:23, 27:25, 28:18, 28:21, 29:5, 29:19, 30:7, 32:5, 32:7, 33:18, 33:22, 34:12, 34:16, 34:20, 35:11, 36:2, 36:5

**Simmons'** [5] - 10:21, 20:24, 28:25, 31:13, 33:3
**simply** [1] - 15:7
**simultaneously** [2] - 25:12, 30:17
**sit** [3] - 16:14, 30:15, 34:21
**sitting** [3] - 20:19, 23:20, 30:20
**situation** [9] - 11:8, 11:11, 11:22, 21:17, 24:8, 25:20, 28:5, 28:6, 36:6
**situations** [1] - 9:20
**Sixth** [9] - 19:15, 19:16, 22:1, 23:14, 23:15, 23:18, 25:5, 25:9, 34:4
**slight** [1] - 8:7
**slowly** [1] - 17:7
**solely** [2] - 10:1, 17:14
**someone** [2] - 11:11, 18:17
**sometimes** [1] - 11:5
**sorry** [5] - 3:19, 7:23, 13:23, 24:13, 29:16
**sort** [1] - 6:12
**sound** [1] - 16:22
**SOUTHERN** [1] - 1:1
**squarely** [1] - 24:11
**start** [1] - 2:13
**state** [1] - 26:19
**statement** [1] - 14:24
**statements** [1] - 17:1
**STATES** [4] - 1:1, 1:4, 1:10, 1:13
**States** [3] - 2:12, 4:9, 21:16
**status** [2] - 4:10, 24:18
**Stenographer** [1] - 2:2
**Steve** [1] - 2:19
**STEVEN** [1] - 1:18
**Steven** [1] - 1:19
**stevesadow@gmail.com** [1] - 1:21
**still** [5] - 5:14, 5:15, 26:10, 30:7, 31:4
**Street** [1] - 1:19
**subject** [2] - 7:24, 37:4
**submitted** [1] - 18:15

**subsequent** [1] - 31:17
**substance** [1] - 15:12
**substantial** [1] - 28:15
**suffer** [3] - 8:10, 9:13, 36:7
**suggesting** [1] - 9:17
**Suite** [2] - 1:19, 1:23
**suspect** [1] - 30:18
**swear** [3] - 7:5, 17:1, 17:4
**SZTYNDOR** [5] - 1:22, 2:23, 3:9, 3:13, 4:4
**Sztyndor** [7] - 1:22, 2:23, 4:22, 17:8, 18:16, 19:1, 19:7

## T

**task** [1] - 27:19
**team** [1] - 6:9
**technological** [1] - 37:4
**terms** [1] - 13:16
**testifies** [3] - 18:8, 18:16, 29:23
**testify** [3] - 12:10, 18:2, 30:10
**testifying** [2] - 21:25, 30:9
**testimony** [4] - 6:20, 9:4, 18:3, 34:24
**THE** [113] - 1:1, 1:9, 1:12, 1:18, 2:11, 2:17, 2:21, 2:25, 3:5, 3:10, 3:14, 3:18, 3:20, 3:25, 4:3, 4:7, 5:13, 6:3, 6:11, 7:9, 7:16, 8:2, 8:5, 8:15, 9:3, 9:9, 9:17, 9:24, 10:6, 10:12, 10:22, 11:2, 11:19, 11:24, 12:3, 12:14, 13:2, 13:6, 13:18, 13:22, 13:25, 14:8, 14:16, 15:2, 15:11, 15:25, 16:6, 16:9, 16:13, 16:17, 16:18, 16:21, 16:22, 17:4, 17:5, 17:20, 17:21, 17:24, 17:25, 18:6, 18:7, 18:13, 18:14, 18:23, 18:24, 19:3, 19:4, 19:5, 19:6, 19:9, 19:10, 19:12, 19:13, 19:22, 19:23, 20:4, 20:5, 20:6, 20:7, 20:20, 21:7, 23:10, 24:6, 24:20, 25:2, 25:19, 26:10, 26:13, 26:23, 27:4, 27:16, 27:22, 28:4, 28:19, 29:1, 29:7, 30:1, 30:12, 30:24, 31:9, 31:20, 32:9, 32:21, 33:4, 33:9, 33:13, 34:1, 34:18, 34:20, 35:2, 35:23, 36:1, 36:4
**themselves** [1] - 3:3
**theoretical** [1] - 10:19
**therefore** [2] - 9:13, 37:4
**Thereupon** [1] - 36:14
**they've** [1] - 13:16
**thinks** [1] - 22:19
**three** [1] - 5:14

**throw** [1] - 28:11
**tight** [1] - 16:14
**today** [15] - 4:7, 12:7, 14:6, 16:2, 19:14, 20:1, 22:10, 22:22, 25:6, 27:5, 27:12, 28:3, 28:18, 34:21, 34:25
**topic** [1] - 12:24
**topics** [1] - 13:3
**transcription** [1] - 37:7
**trial** [7] - 6:9, 18:8, 19:15, 22:15, 22:19, 35:10, 35:13
**true** [1] - 31:2
**truth** [6] - 7:7, 17:2, 17:3
**truthfully** [1] - 29:23
**trying** [1] - 25:14
**turn** [6] - 6:16, 16:15, 23:1, 25:24, 32:21, 33:13
**turning** [1] - 20:7
**twist** [1] - 35:8
**two** [8] - 4:10, 8:15, 9:19, 14:3, 17:18, 27:20, 31:14, 35:16
**two-part** [1] - 31:14

## U

**U.S** [1] - 1:14
**ultimately** [1] - 28:2
**under** [5] - 17:12, 28:12, 31:21, 33:16, 35:3
**understood** [4] - 4:11, 6:11, 11:24, 13:18, 15:11, 25:20
**undertake** [1] - 20:9
**United** [3] - 2:12, 4:9, 21:16
**UNITED** [4] - 1:1, 1:4, 1:10, 1:13
**unmute** [1] - 3:10
**unrep** [1] - 31:11
**up** [3] - 3:16, 22:15, 35:10
**USC** [1] - 29:13

## V

**versus** [3] - 2:12, 4:9, 21:16
**vigilant** [1] - 21:3
**violate** [1] - 28:13
**violates** [1] - 28:22
**virtue** [1] - 9:10
**vis** [2] - 21:5
**vis-a-vis** [1] - 21:5
**voluntariness** [1] - 33:20
**voluntary** [6] - 10:9, 14:6, 14:9, 22:10, 32:11, 33:23
**vs** [1] - 1:5

## W

**waive** [20] - 6:22, 11:3, 12:11, 12:12, 12:17, 12:21, 13:1, 16:3, 19:2, 19:8, 20:1, 20:4, 22:9, 28:18, 30:3,

30:12, 34:17, 34:19, 34:21, 34:25
**waived** [4] - 23:12, 34:12
**waiver** [17] - 12:7, 13:9, 14:6, 14:9, 20:21, 26:6, 26:8, 27:25, 28:3, 28:5, 30:9, 32:8, 33:21, 33:23, 34:4, 34:5, 34:6
**waivers** [3] - 22:7, 22:11, 24:4
**waives** [2] - 31:14, 31:16
**waiving** [2] - 23:2, 31:4
**walk** [1] - 17:7
**wants** [6] - 5:18, 10:24, 12:11, 31:16, 33:18, 35:11
**Washington** [1] - 1:15
**week** [1] - 4:10
**weeks** [1] - 5:6
**weigh** [1] - 28:25
**weighing** [1] - 27:17
**WEST** [1] - 1:2
**whole** [2] - 7:7, 17:2
**willing** [2] - 6:22, 34:21
**willingness** [1] - 19:25
**wish** [2] - 23:3, 23:4
**witness** [8] - 5:19, 7:11, 14:21, 20:13, 21:3, 21:20, 25:1, 29:23
**works** [1] - 20:16
**world** [1] - 26:19
**written** [2] - 22:13, 36:10

## Y

**York** [1] - 1:15
**younger** [1] - 3:14

## Z

**zealous** [1] - 9:25
**zealously** [1] - 19:17
**ZOLLER** [1] - 2:6
**Zoller** [27] - 3:7, 3:21, 5:4, 5:9, 6:1, 6:3, 6:25, 8:19, 9:18, 10:13, 12:4, 17:12, 19:24, 20:2, 22:18, 23:13, 23:20, 24:4, 25:12, 25:24, 26:14, 26:20, 30:15, 30:19, 31:7, 33:14, 36:1
**Zoller's** [2] - 16:1, 18:2
**Zoom** [1] - 3:15