UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RAR

**UNITED STATES OF AMERICA**

vs.

**MINAL PATEL,**

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS LOCAL COUNSEL**

**THIS CAUSE** came before the Court on the Motion to Withdraw as Local Counsel for Defendant, Minal Patel ("Motion") [ECF No. 271]. The Court has considered the pertinent portions of the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Robyn Lynn Sztyndor, Esq. of Physicians Law P.A. is hereby released from the representation of Defendant Minal Patel. Lindy Kathryn Keown, Esq. will remain as counsel in this cause.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of August, 2022.

                                                        **RODOLFO A. RUIZ II**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record