Pages 1 - 19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Rodolfo A. Ruiz, II, Judge

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
  VS.                          )        NO. 19-CR-80181-RAR
                               )
MINAL PATEL,                   )
                               )
          Defendant.           )
_____)
```

Fort Lauderdale, Florida
Tuesday, February 1, 2022

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
            U.S. Department of Justice
            Fraud Section, Criminal Division
            1400 New York Avenue Northwest
            Bond Building, Fourth Floor
            Washington, DC 20005
     **BY: PATRICK J. QUEENAN, ESQ.**
          **REGINALD CUYLER, JR., ESQ.**
          **JOHN SCANLON, ESQ.**
          **STEVEN S. MICHAELS, ESQ.**
          **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:
            STEVEN H. SADOW PC
            260 Peachtree Street Northwest, Suite 2502
            Atlanta, Georgia 30303
     **BY: STEVEN H. SADOW, ESQ.**
          **ATTORNEY AT LAW**

       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported by:   James C. Pence-Aviles, RMR, CRR, CSR No. 13059
               Official Court Reporter

1    **APPEARANCES**:   **(CONTINUED)**

2    For Defendant:

3                          GARLAND SAMUEL & LOEB, PC
                          3151 Maple Drive Northeast
                          Atlanta, Georgia 30305

4                   BY:   **DONALD F. SAMUEL, ESQ.**
                          **ATTORNEY AT LAW**

5

6                          ROBYN LYNN SZTYNDOR, P.A.
                          233 Phoenetia Avenue, Suite 8
                          Coral Gables, Florida 33134

7                   BY:   **ROBYN LYNN SZTYNDOR, ESQ.**
                          **ATTORNEY AT LAW**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**Tuesday - February 1, 2022**</u>                              <u>**11:33 a.m.**</u>

<u>**P R O C E E D I N G S**</u>

**---oOo---**

**THE COURT:**  Good afternoon, everybody.  This is Judge Ruiz.  If I can call up Case Number 19-80181, this is the matter of United States of America versus Minal Patel.

Who do I have on the line on behalf of the Government?

**MR. QUEENAN:**  Good morning, Your Honor. Patrick Queenan from the fraud section, along with my colleagues, John Scanlon and Reggie Cuyler.

And also, Your Honor, there is a member of the filter team from the special matters unit, the cross-section attorney, Steven Michaels, available as well.

**THE COURT:**  All right.  Very good.  Thank you.

And on behalf of the defendant, who do I have on the line?

**MR. SADOW:**  Good morning, Your Honor.  This is attorney Steve Sadow.  I'm joined by co-counsel Don Samuel and Robyn Sztyndor.

**THE COURT:**  All right.  So I received your request for status conference, the joint motion, Docket Entry 243.

I understand that we've got a couple of issues in progress.  I know that there's been quite a bit of evidence here, and it sounded like the filter team is in the process of conducting a privilege review.  I know that my colleague, Magistrate Judge Reinhart, was also going to proceed with

1   ruling on a *Garcia* issue.

2        So I take it that we are not going to be ready for trial

3   on March 7th, 2022.  So let me know, what are we thinking in

4   terms of the work that needs to be completed to be ready for

5   trial, in terms of a date to reschedule?

6        I'll turn to the Government first.  Maybe you can share

7   with me what your -- the discussion you had with opposing

8   counsel, and maybe we'll have agreed to what you think is an

9   appropriate new timeline.

10       **MR. QUEENAN:**  Thank you, Judge.

11       Yeah, you hit the nail on the head here.  This stuff has

12   not been released to either the Government or the defense for

13   at least 60 to 90 days.  It relates to three cooperating

14   witnesses that are, you know, more or less -- been identified

15   by the Government as likely witnesses in the last few months.

16       So we have conferred with defense counsel.  The Government

17   would be prepared, once these items are released, for trial

18   whenever the Court sets it.  However, Mr. Patel's team

19   obviously needs time, and we do as well.

20       So we'll do it, and I know that -- we spoke to counsel.

21   There's six lawyers on Mr. Patel's defense team, all of which

22   have, it sounds like, pretty busy trial calendars for the year.

23   So we did compare calendars the other day.

24       I will -- I'll turn it over to Mr. Sadow, if he needs to

25   properly articulate it, but it sounds like we may not have a

```
 1   time until as late as late November.  But I would turn it over
 2   to Mr. Sadow.
 3           THE COURT:  Okay.  Mr. Sadow, go ahead.
 4           MR. SADOW:  Thank you, Your Honor.
 5        For the Court's benefit, I am lead counsel.  What the
 6   Court stated is accurate.  There is a considerable amount of
 7   material that still needs to be reviewed by the filter team and
 8   then disclosed.
 9        We're talking about potentially, again, a rough estimate,
10   2-million-plus documents or 3-million-plus pages.  And I'm not
11   faulting anyone.  I'm just letting the Court know that we're
12   talking about a -- a tremendous amount of material.
13        The difficulty that we have is, trial-schedule-wise --
14   I've outlined it for the Government.  I'd be glad to outline it
15   for the Court as well.  I start a trial in the beginning of May
16   that will last at least four weeks in the Middle District --
17   before the Chief Judge in the Middle District of Florida.
18        I then start a trial the third week in June right here in
19   the Northern District of Georgia, Atlanta, where I practice.
20   Mr. Samuel and I start a trial in Denver with DOJ in, I think,
21   the third week of July.  I also then start a trial -- all of
22   these are trials.  They're not going to be pleas.
23        I also start another trial August 15th in the
24   Northern District of Georgia, which will last at least two or
25   three weeks.  And then, trying to be as forthright as possible,
```

1    I have a two-year prepaid world trip that starts

2    September 29th, and I get back in the beginning of November,

3    and I will lose my spouse if I don't go on that one.

4        So availability-wise, any time two weeks into November to

5    the end of the year is available for me.

6        **THE COURT:**  Okay.  And is that a window of time that

7    is also available for co-counsels?

8        **MR. SADOW:**  I believe so.  I have heard nothing that

9    suggests otherwise.

10       **THE COURT:**  All right.  Does the Government also feel

11   that that's going to work for them?

12       **MR. QUEENAN:**  Yeah.  We'll be available, Judge.

13       **THE COURT:**  Let me just ask.  I mean, it's pretty far

14   off for this case.  I understand everybody else's trial

15   schedules.

16       Everything else that's on your calendar, Mr. Sadow, is as

17   old as mine?

18       **MR. SADOW:**  That's a good question.

19       **THE COURT:**  Because I'm going to tell you right now,

20   I'll pick up the phone and call some of these judges, some of

21   which I'm sure I know, and express to them that this one was

22   special-set probably -- if my memory serves me right, you know,

23   this was special-set back -- January of last year, specifically

24   in 2021, January 28th, with the expectation that we would need

25   to buy ourselves time, and we still were dealing with COVID.

1    But I just -- you know, I was hoping you guys were going

2    to give me -- I got -- the fall is really far out for me.  I

3    mean, I understand you need three months, but looking at my

4    calendar, I thought we could find something in the summer or

5    possibly as early as June, May or June.

6         You know, to wait all the way to November, I think, drags

7    everything out.  I mean, I'm a pretty accommodating guy, but

8    that's -- that's out there.  For 2019, you're almost putting

9    me -- and by the way, this -- I know this trial is going to

10   take at least two, maybe four weeks.

11        And I'm going to say something right now.  I'm not a fan

12   of starting things in November as I get close to Thanksgiving.

13   We know the problems with jurors at that time of year.  It can

14   be difficult to get a jury, not my favorite time to be picking

15   on a longer trial.

16        So, you know -- and I don't want to mess up your trip,

17   either, but I will say I was hoping something, like, in June or

18   even May.

19        Now, out of respect to my other colleagues, if their stuff

20   is more time-sensitive or as old, I get it.  But I would be

21   surprised, knowing that some of the Northern Districts were

22   moving at a better clip than we were down here during COVID --

23   kudos to them -- I'd be surprised if their cases are as old as

24   this one.

25        Can you give me a sense maybe of the one in June or

1   anything around there, where -- what year that is?

2          **MR. SADOW:**  Yes.  I'm trying -- I sent an email,

3   which -- which I cannot locate at the moment, but I sent out --

4   it had everything as far as that's concerned.  Let's see.

5          I believe -- I believe -- I believe that your case is the

6   oldest.  And -- comparatively to the case that is set for the

7   Middle District of Florida before the Chief Judge.  That case

8   is set for the first week, as I said, in May.  And it is, at

9   this point, nine defendants going to trial.

10         The case in June, the third week in June, is also -- is

11  20 -- is also older, and that case may take a week.  That would

12  probably be the best case to consider moving.

13         The only question becomes us running into the case in

14  Denver.  That is the Chief Judge in -- that's also a newer case

15  than Your Honor.  And that case was just moved from June to, I

16  think, the third week in July because co-counsel Don Samuel's

17  daughter is getting married at the beginning of July.  We were

18  concerned that the trial in June would affect it.

19         So if there was one that could possibly be moved, it would

20  be the one that's the third week in June.  The other -- the

21  other case, the one in August, the middle of August, I think,

22  is older than your case.

23         **THE COURT:**  Let me ask something.  When would you --

24  take a moment, and let's set aside your -- your trial calendar.

25  What -- what do you need to be ready?  Let's assume you have

1  nothing on your trial calendar.

2      What is the earliest you and the Government would be ready

3  to try this case, not scheduling issues, just in terms of

4  processing the information and everything you have ready to go?

5  What would you give us, a conservative estimate, of when you

6  guys will be ready?

7          **MR. SADOW:**  Six to eight weeks after we receive the

8  last batch of documents.

9          **THE COURT:**  So you would say in May.  You'd be ready

10 by May, then.  I think that's probably a safe bet; right?

11         **MR. SADOW:**  I don't think that they'll have it to us

12 by May because it's going to be -- their -- as I understand,

13 from what the Government has told us so far, we have 4300

14 documents coming as to one co- -- coconspirator, potentially

15 32,000 coming from another, 114,000 coming from the son of one,

16 and then another 340,000 documents coming from what would be

17 the fourth individual.

18     And that doesn't take into account any of the issues that

19 may arise as to whether something is actually privileged,

20 attorney-client privilege.  I want to say --

21         **THE COURT:**  Is that right, Mr. Queenan?  That's what

22 we're looking at?  We're not looking at production with all of

23 the filter team issues and everything else?  So maybe almost

24 the beginning of the summer or May?

25         **MR. QUEENAN:**  Yes.  There's two -- two or three

 1    witnesses who -- the non-privileged material will be produced

 2    in the next two weeks.  It's the third witness where it's

 3    voluminous, and they're still making privileged assertions on

 4    the material that was seized.

 5         And so, yeah, I think 60 to 90 days is our understanding

 6    as, you know, a projected timeline, Judge, unfortunately.

 7              THE COURT:  But that's -- that's running from the

 8    current trial date, not from today.  That's running from

 9    March -- 60 to 90 from March?

10              MR. QUEENAN:  No.  No.  I'm sorry.  60 to 90 from

11    today, Judge.

12              THE COURT:  Okay.  All right.  Okay.  So I'm just

13    looking ahead here.  So you're looking at 60 to 90.  Let's give

14    you the outside limit of that.

15         Your point is it's not coming out until April at the

16    earliest.  And then, of course, you've got to give defense

17    counsel at least 60 days to probably consume that, raise any

18    issues, et cetera; right?

19              MR. SADOW:  I think that that's reasonable, and

20    particularly -- so the Court knows, one of the defenses that's

21    going to be involved here is advice of counsel.  If these --

22    two of the codefendants, we know, had received -- alleged

23    coconspirators/testifying cooperators had received advice of

24    counsel to -- during the period of this alleged fraud.

25         And one of the arguments, Your Honor, we'll make is that

1  that material is not privileged because it's either been waived

2  or otherwise.  So we may get into that issue, but I think we

3  will need 60 days after whatever final decision is as to what

4  we're going to proceed, which puts us May, June, into July at

5  the earliest.

6          **THE COURT:**  Right.  Right.

7          **MR. SADOW:**  And I don't -- I don't think the

8  Chief Judge in Denver is inclined to want to put off his case.

9  He made it exceedingly clear that the speedy trial issue in his

10  court is one that the parties cannot simply agree to waive.

11          **THE COURT:**  And then you -- that's the one in August,

12  and then after that --

13          **MR. SADOW:**  That's -- that's the one in the third week

14  in July.  The one in August is -- as I said, I think the one in

15  August may be older than your case.  It's -- it dates back to

16  violations that occurred back in 2015, '16, and '17.

17          **THE COURT:**  Okay.  All right.  And then you leave

18  September; is that right?

19          **MR. SADOW:**  September 29th, back by November 1st.

20          **THE COURT:**  All right.  So you're looking -- I mean,

21  returning from a trip of that nature, to get -- to step in for

22  trial, you would also need --

23          **MR. SADOW:**  Two weeks.

24          **THE COURT:**  Yeah.  Yeah.  You're putting -- you're

25  putting this into Thanksgiving, counsel.  This is going to be a

```
 1   problem.

 2        So I'm looking at -- I'm looking at the calendar.  Two

 3   weeks from the 1st, you're having me start a trial on the 14th

 4   and Thanksgiving the next week.  I mean, that's -- that's not

 5   ideal.  You know, I -- look, if that's all we have, I'm not

 6   happy about it, and I'm going to hold everyone's feet to the

 7   fire.  And don't even dare come at me with a request for more

 8   time if I'm putting it all the way out there.  That's going to

 9   be it.

10        Come hell or high water, we're going to try the case by

11   the end of the year, but I just -- I just -- you know, I'm

12   somewhat flabbergasted, understanding that everyone has their

13   schedules, that I'm going to have to push this out almost nine

14   months.

15        But if that's the only time that's available, then that

16   means that this trial will end up being special-set

17   November 14th, with an understanding that it's going to take,

18   you know, well, I think, into the first week of December.  I

19   don't see how else -- and we're going to have to simply start

20   on the 14th.

21        Maybe I can -- we have -- Veterans Day, I think, lands on

22   the 11th.  So that's maybe a long weekend.  We'd have to start

23   on the 14th, picking the jury, try to see how far we get, let

24   everybody go for a chunk of time during Thanksgiving.  We'll

25   resume on the 28th and hopefully finish on the week of the 5th.
```

1        How long do we think this trial may take?  I can't imagine

2   it's going to take more than three or four weeks; correct?

3        **MR. QUEENAN:**  Yes, Judge.  From the Government's

4   standpoint, we are one to two weeks, leaning more towards, you

5   know, seven -- you know, five to seven --

6        **THE COURT:**  That's trial time?

7        So, really, we're probably looking at the Government

8   trying to put on their case, maybe best case, before we hit the

9   Thanksgiving holiday, or maybe you're finishing on the 28th,

10  turning it over to the defense, and they put on a case.  You're

11  looking at the first week of December probably wrapping up the

12  case; right?

13       I think that sounds like the outer limit.

14       **MR. SADOW:**  That sounds reasonable.

15       And so the Court understands, when it comes to stipulating

16  to the admissibility of -- of business records, we're going to

17  be all in on that.  So we're not going to go through any of the

18  malarkey of having to put business representatives on in order

19  to attest to admissibility or authenticity.

20       So that's going to save as much time as we can.

21       **THE COURT:**  Well, the way -- the way the Court's trial

22  calendar looks right now, there's a calendar call on

23  November 1st for a two-week trial period that begins

24  November 7th.

25       Understanding that's not Counsel's preferred date to start

1   from returning from this trip, then I would start on the second

2   week of the 14th.  And anybody else that's set for the 1st --

3   if I have to squeeze in another trial a few days before yours

4   goes, I'll do it.  But it would have to essentially, then, be

5   set for a November 1st calendar call.

6        Well, let me ask this.  Are you back in town that day or

7   not?

8        **MR. SADOW:**  Let me see.

9        That's -- that is a Tuesday.  The answer is yes.

10       **THE COURT:**  Okay.  I would do that telephonic or on

11  Zoom, if necessary, so everybody can gather around.  I -- so I

12  think we're going to have to put an order together that says

13  Tuesday, November 1st, is our calendar call, specially-set

14  trial beginning on the 14th.

15       So what I'm doing there is giving everybody a heads-up

16  notice that I will not start until the second week of trial,

17  and then I will take care of trying to see what I can do to

18  make the most of my first week, the 7th through the 11th.

19  Maybe there's a short trial I can squeeze in before yours

20  starts.

21       Then we would go the week of the 14th, we would break into

22  the Thanksgiving week, and then we would continue it on the

23  week of the 28th.  So that's probably what it looks like right

24  now.

25       The only other thing I can think of -- and I will just

1   throw it out there -- is, you know, knowing how -- how

2   Thanksgiving can be, it might not be a bad idea -- and this is

3   the second week.  If we set it on November 15th, and we make

4   that the calendar call, that means the trial will start

5   November 28th.  That gives us no interruption on holidays;

6   right?  That means everyone is coming -- on the 28th, is coming

7   in fresh.

8        That's -- you know, let me just say, it's tough to get a

9   jury on your second week of selection, with knowing -- most of

10  the time, they expect to only be serving their two-week window

11  when we summon them.  If you try to pick a jury on the second

12  week and then count on them maybe coming back on the

13  Thanksgiving holiday, you're going to find yourself fighting

14  for jurors and them having a little -- more issues.

15       It might be good to just skip the holiday, and if we're

16  going to be that far out anyway, we might as well special-set

17  it, put it on for the 15th.  That means I can already start

18  making sure the case is set for that trial, if I haven't with

19  you already, but I can try to avoid setting anybody else.  You

20  know, I'm only going to set you guys.

21       So I don't even have anybody but you guys on the calendar

22  call, maybe a couple of civil cases, and we'll start on the

23  28th.  And then, worst case, even if it's a three-week trial,

24  which I doubt it will be, we're looking at wrapping up no later

25  than, you know, the week of the 12th, December 16th.

```
 1        That's well in advance of the holiday, and I think that,
 2   probably somewhere between the 12th and the 13th, we've got
 3   people off deliberating.  That takes us, you know, two and a
 4   half weeks before the holidays even really hit, the beginning
 5   of December.
 6        What do we think about that on the defense side?  That
 7   probably is the better move.  You also get about three weeks
 8   before you -- you have to settle in post-trip to clean up any
 9   other issues.  It also gives me a chance -- if I've got to deal
10   with motion practice from you guys, which may happen, it opens
11   up a chance for me because I'll have a motion deadline in my
12   rescheduling order.
13        If it makes sense for you guys to file things, I mean, I
14   can have oral argument on motions those couple of weeks in
15   November and clean up any pretrial rulings so that, when we
16   start trial, we're just going straight into it.
17        What does the defense feel about that?  Any conflict with
18   setting it out for that window?
19             MR. SADOW:  No.  I think that's a great idea.
20             THE COURT:  Okay.  How about, Mr. Queenan, on the
21   Government's end?  Are we good to go for that?
22             MR. QUEENAN:  Absolutely, Judge.  Thank you.
23             THE COURT:  All right.  So here's what we're going to
24   do.
25        I'm going to go ahead and -- truthfully, the way I'm going
```

1   to treat this is an ore tenus joint motion to continue the

2   case, in light of everything that's been stated inside the

3   joint motion requesting a status conference.  That's going to

4   be granted for the record.

5       The Court will reset the trial.  It will be designated

6   special-set, meaning no one's ahead of you.  You guys are the

7   ones going.

8       Calendar call -- you'll see it on the order, but just so

9   you can put it on your calendars, calendar call, again, will be

10  November 15th, for the two-week trial period beginning

11  November 28th.

12      That leads us into the beginning of December.  So that's

13  the week of the 28th, the week of the 5th.  But, of course, we

14  can keep going.  If we've got to use the week of the 12th,

15  no -- no harm, no foul on that.

16      So that should give you guys tons of time to take care of

17  any other issues.  It also lessens the timeline pressure from

18  my mag, who's been kind enough to kind of take some of these

19  issues off my plate.  I'm currently in trial.  So this is

20  helping me out.

21      So let's go ahead and stick with this deadline, guys, and

22  hopefully we don't have any concerns with findings.  And with

23  trial prep, we should be good to go, I think.

24      Anything else on -- anything else, on the Government's

25  end, you guys wanted to flag for me before we wrap up?

```
 1              MR. QUEENAN:  Nothing, Judge.

 2       Thank you so much.

 3              THE COURT:  You're welcome.

 4       How about Mr. -- on the defense side, Mr. Sadow, anything

 5  else?

 6              MR. SADOW:  Only -- I assume the motions would be

 7  approximately a month or so before the calendar call and should

 8  be set for this time.

 9              THE COURT:  Yeah.  It's pretty much the same thing.

10  You'll see it.  It will be about a month before.  So just --

11  and, look, that's -- if you're traveling, that's not, like, in

12  the world for me.  If you need a little extra time, I can

13  always grant an extension, if necessary.

14       But I expect you guys are going to know what the issues

15  are, and you'll probably file motions with plenty of time.  But

16  in the event something happens, and you're out of town, we

17  can -- we can, you know, tweak that, if necessary.  But I think

18  that gives us enough time when I reset it.  You should be all

19  right.

20              MR. SADOW:  All right.  Thank you, Your Honor.

21              THE COURT:  You're welcome.

22       Okay.  If there's nothing else, guys, thank you for moving

23  up the time so that I can do this over the break I have in

24  trial.  Keep an eye out.  We'll be entering that order later

25  today.  Okay?
```

1          **MR. SADOW:**  All right.  Take care.

2          **MR. QUEENAN:**  Thank you, Judge.

3          **THE COURT:**  Take care, everybody.  Have a good one.

4    Bye-bye.

5               (Proceedings adjourned at 11:54 a.m.)

1

2

3                        <u>**CERTIFICATE OF REPORTER**</u>

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Wednesday, October 26, 2022

8

9

10

11              <u>       /S/ James C. Pence-Aviles       </u>

12         James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                        U.S. Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25