UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RAR

UNITED STATES OF AMERICA

v.

MINAL KUMAR PATEL,

      Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Minal Kumar Patel, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and commitment order, D.E. 544, entered on August 21, 2023, and amended judgment of forfeiture, D.E. 552, entered on September 22, 2023.

                                          Respectfully submitted,

Dated: October 5, 2023                    s/ Richard C. Klugh
                                                               Richard C. Klugh, Esq.
                                                               Fla. Bar No. 305294
                                                               Counsel for Defendant
                                                               40 N.W. 3rd Street, PH 1
                                                               Miami, Florida 33128
                                                               Tel. (305) 536-1191
                                                               E-Mail klughlaw@gmail.com